AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br><br>Angel Case, Kenneth Casey, Delano Lewis,<br>Thomas Bernard and Tonya Winn<br><br>*Defendant(s)* | )<br>)<br>)   Case No.<br>)<br>)              1:14mj 39 - JCG<br>)<br>) |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC - 8 2014
ARTHUR JOHNSTON
BY _____ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   December 7, 2014   in the county of   Harrison   in the
  Southern   District of   MS, Southern Division  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute a Controlled Substance, to wit, 50 grams or more of actual methamphetamine. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Benjamin Taylor, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    12/08/2014

_____
*Judge's signature*

City and state:      Gulfport, MS

John C. Gargiulo, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

STATE OF MISSISSIPPI
COUNTY OF HARRISON
SOUTHERN DISTRICT OF MISSISSIPPI

I, Benjamin M. Taylor, being first duly sworn, hereby depose and say that:

1. I, Special Agent Benjamin Taylor, am a duly sworn Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations (HSI). I am currently assigned to the Drug Enforcement Administration (DEA) High Intensity Drug Trafficking Area (HIDTA) Task Force, which is comprised of multiple federal, state, and local agencies. I have been specifically trained in the investigation and elements of federal crimes at the Federal Law Enforcement Training Center at Glynco, Georgia. I hold a Bachelor of Science degree in Criminal Justice and Political Science from the University of Southern Mississippi. I am also a graduate of the University of Southern Mississippi's Southern Regional Public Safety Institute where I received Law Enforcement Officer Certification by the Mississippi Board of Law Enforcement Officer Standards and Training. I have approximately fourteen years of experience as a law enforcement officer.

2. On July 18, 2013, agents with the DEA/HIDTA Task Force and the Hancock County, Mississippi, Sheriff's Department executed a search warrant in the 900 block of Kaimuku Court, Diamondhead, Mississippi, following a controlled purchase of methamphetamine "ice" at the residence. The occupants of the residence, **Angel CASE** and **Delano LEWIS**, were arrested on state charges after the search yielded additional amounts of methamphetamine "ice", cocaine hydrochloride, and prescription medication. During a post-Miranda interview, **Angel CASE** stated she was a courier for **Kenneth CASEY** and **Thomas BERNARD** and that the three of them, utilizing rental vehicles, traveled to Houston, Texas, on a weekly basis to purchase and transport

pound quantities of methamphetamine "ice", kilo quantities cocaine hydrochloride, and approximately 50-100 pounds marijuana. **Angel CASE** further that she and **Delano LEWIS** would combine their money with **Kenneth CASEY** and **Thomas BERNARD** to purchase narcotics to distribute in Hancock County, Mississippi.

    3. On November 12, 2013, your affiant received the results from an administrative subpoena requesting records of stay for **Angel CASE**, **Thomas BERNARD**, and **Kenneth CASEY** from Quality Inn & Suites West Chase, 2930 West Sam Houston Parkway South, Houston, Texas, and Best Western Plus West Chase, 2950 W. Sam Houston Parkway South, Houston, Texas. **Angel CASE** identified both hotels as locations that she, **Thomas BERNARD**, and **Kenneth CASEY** would rent rooms when traveling to Houston, Texas, to retrieve narcotics. Upon review of records of stay for **Thomas BERNARD** at Best Western, **Thomas BERNARD** rented rooms on the following dates: 02/08/2013, 02/16/2013, 04/27/2013. Upon review of records of stay for **Thomas BERNARD** at Quality Inn and Suites, **Thomas BERNARD** rented rooms on the following dates: 03/09/2013, 05/04/2013, and 06/02/2013. On 07/14/2013, **Thomas BERNARD** rented the room, but it was paid for with a credit card belonging to **Angel CASE**. Upon review of records of stay for **Kenneth CASEY** at Best Western, **Kenneth CASEY** rented rooms on the following dates: 12/15/2012, 02/01/2013, 03/02/2013, 03/07/2013, 03/08/2013, 03/09/2013, 03/29/2013, 03/30/2013, and 03/31/2013. Upon review of the records of stay for **Kenneth CASEY** at Quality Inn and Suites, **Kenneth CASEY** rented rooms on the following dates: 01/05/2013, 02/16/2013, 03/16/2013, and 04/13/2013.

    4. On November 15, 2013, Homeland Security Investigations (HSI) Task Force Agent (TFA) Ian Estorffe obtained recorded calls placed by **Angel CASE** while she was incarcerated in the Hancock County Jail. **Angel CASE** spoke directly to **Kenneth CASEY**, **Thomas BERNARD**, and

Delano **LEWIS** concerning their drug trafficking organization (DTO) and money owed to **Angel CASE** and **Delano LEWIS** by **Kenneth CASEY** and **Thomas BERNARD**. Upon her release, **Angel CASE** conducted two meetings with **Thomas BERNARD** under agent supervision, during which **Thomas BERNARD** provided **Angel CASE** with money owed to her from narcotics transactions.

5. On February 3, 2014, your affiant received vehicle rental information from Enterprise Car Rental, detailing rental history for **Kenneth CASEY**, **Thomas BERNARD**, and **Angel CASE**. Upon examination of the rental records, your affiant observed the following: from August 6, 2012, to December 13, 2013, there were approximately fifty (50) rentals by **Kenneth CASEY**; there was one rental by **Angel CASE** on December 10, 2012, and at least one rental for **Thomas BERNARD** on October 16, 2014 from Hertz rental.

6. On December 5, 2014, agents with the DEA/HIDTA Task Force received information that **Kenneth CASEY** and **Thomas BERNARD** were traveling to Houston, Texas, to again retrieve a shipment of narcotics. Your affiant contacted Enterprise Rental Cars and confirmed that **Kenneth CASEY** rented a 2015 Chevrolet Silverado, bearing Louisiana tag C180272. On the same date, agents observed the vehicle at the residence of **Kenneth CASEY** in Gulfport, Mississippi.

7. On December 7, 2014, West Baton Rouge HIDTA Interdiction Task Force stopped a 2015 Chevrolet Silverado, bearing Louisiana tag C180272, on Interstate 10 East in Iberville Parish, Louisiana. The driver of the vehicle, **Tonya WINN**, consented to a search of the vehicle, which revealed seventy-five (75) pounds of marijuana, three (3) kilograms of cocaine hydrochloride, and one (1) pound of methamphetamine "ice" concealed in duffel bags. The methamphetamine was field tested as positive for methamphetamine. **Tonya WINN** stated that she was a courier for **Kenneth CASEY** and **Thomas BERNARD**, and stated **Thomas BERNARD** was driving ahead of her in a

white rental car. **Tonya WINN** also provided interdiction agents with the rental agreement for the vehicle, which listed **Kenneth CASEY**.

8. On December 7, 2014, **Kenneth CASEY** informed agents during a post-Miranda interview that he and **Thomas BERNARD** had been making trips to Houston, Texas, to purchase narcotics for distribution on the Mississippi Gulf Coast. **Kenneth CASEY** stated he would rent the vehicles and hire a courier to transport the narcotics. **Kenneth CASEY** stated on this particular trip, **Thomas BERNARD** accompanied **Tonya WINN** to Houston, Texas. **Kenneth CASEY** stated he paid **Tonya WINN** approximately $400.00 for the trip. Agents with DEA/HIDTA were able to confirm **Thomas BERNARD** rented a vehicle with Avis/Budge Rental Group on December 5, 2014.

9. Based on the aforementioned facts and circumstances, your affiant believes that there is probable cause to believe that **Angel CASE, Kenneth CASEY, Delano LEWIS, Thomas BERNARD, and Tonya WINN** have violated Title 21, United States Code, Section 846, *i.e.* conspiracy to possess with intent to deliver in excess of 50 grams of actual methamphetamine.

_____
BENJAMIN M. TAYLOR
SPECIAL AGENT
Homeland Security Investigations
(Assigned to) DEA/HIDTA Task Force

Sworn and subscribed before me
this the __8__ day of December, 2014.

_____
UNITED STATES MAGISTRATE JUDGE