CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: __Diamondhead__

COUNTY: __Hancock__

**FILED JAN 07 2015 — SOUTHERN DISTRICT OF MISSISSIPPI — ARTHUR JOHNSTON, DEPUTY**

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # __1:15CR1LG-RHW__
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER __1:14MJ39-JCG-1__
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES __X__ NO

MATTER TO BE SEALED: ___ YES __X__ NO

NAME/ALIAS: __Angel Case a/k/a Angela Case__

**U.S. ATTORNEY INFORMATION:**

AUSA __Shundral H. Cole__ BAR # __103003__

INTERPRETER: __X__ NO ___ YES LIST LANGUAGE AND/OR DIALECT: __Not Applicable__

**LOCATION STATUS:** ARREST DATE __Not Applicable__

___ ALREADY IN FEDERAL CUSTODY AS OF __Not Applicable__
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __2__ ___ PETTY ___ MISDEMEANOR __2__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 __21:846=CD.F__ | 21 USC § 846 | Conspiracy to Possess With Intent to Distribute A Controlled Substance | 1 |
| Set 2 __21:841A=CD.F__ | 21 USC § 841(A)(1) | Possession With Intent to Distribute A Controlled Substance | 2 |

Date: __12/23/14__    SIGNATURE OF AUSA: __Shundral Cole__

Revised 2/26/2010