EXHIBIT B



# CERTIFICATE OF COMPLETION

## FCC POLLOCK

### Kenneth Casey

### Reg#: 04539~043

has successfully completed the
Non~Residential Drug Abuse Program

JUNE 14, 2017
_____
DATE

_____
C. Gaspard, M.S., DTS



United States Penitentiary
Pollock, Louisiana

CERTIFICATE OF COMPLETION

This certifies that

Kenneth Casey

has successfully completed the requirements of the Challenge Treatment Program.

This certificate of completion is hereby issued this 18th day of May, 2017.

Dr. Hauzen, Challenge Program Coordinator

Mrs. Hastings, Tx Specialist

Mrs. Cain, Tx Specialist

Ms. Turner, Tx Specialist

Above & Beyond



# United States Penitentiary, Pollock, Louisiana
## Challenge Treatment Program

# CERTIFICATE OF COMPLETION

### This certifies that

# Kenneth Casey

has successfully completed the PHASE III of the
Challenge Treatment Program.
This certificate of completion is hereby issued
this 5th day of May, 2017.

Dr. Hanzen
Challenge Program Coordinator

Ms. Turner
Treatment Specialist

Mrs. Hastings
Treatment Specialist

Ms. Cain
Treatment Specialist

# United States Penitentiary, Pollock, Louisiana
# Challenge Treatment Program

# CERTIFICATE OF COMPLETION

### This certifies that

# Kenneth Casey

has successfully completed the Transition journal of the
Challenge Treatment Program.
This certificate of completion is hereby issued
this 12th day of May, 2017.

_K. Turner_

**Ms. Turner**
**Treatment Specialist**

# United States Penitentiary, Pollock, Louisiana
# Challenge Treatment Program

# CERTIFICATE OF COMPLETION

### This certifies that

## Kenneth Casey

**has successfully completed the Recovery Maintenance journal
of the Challenge Treatment Program.
This certificate of completion is hereby issued
this 24th day of March, 2017.**

_____

**Ms. Turner**
**Treatment Specialist**



# United States Penitentiary, Pollock, Louisiana
# Challenge Treatment Program

## CERTIFICATE OF COMPLETION

### This certifies that

# Kenneth Casey

**has successfully completed the Lifestyle Balance journal
of the Challenge Treatment Program.
This certificate of completion is hereby issued
this 16th day of December, 2016.**

**Ms. Turner**
**Treatment Specialist**

# United States Penitentiary, Pollock, Louisiana
## Challenge Treatment Program
### This certifies that

# CASEY, KENNETH

has successfully completed the requirements of **PHASE II** of
the Challenge Treatment Program.

This certificate of completion is hereby issued
this 13th day of October 13, 2016.

Dr. A. Hanzen
**Challenge Coordinator**

**Mrs. Hastings**
**Treatment Specialist**

**Mrs. Cain**
**Treatment Specialist**

**Ms. Turner**
**Treatment Specialist**

**Mr. Oyzech**
**Treatment Specialist**



# United States Penitentiary, Pollock, Louisiana
# Challenge Treatment Program

# CERTIFICATE OF ACHIEVEMENT

## This certifies that

## Casey, Kenneth

**has successfully completed the Communication Skills journal in
the Challenge Treatment Program.
This certificate of completion is hereby issued
this 4th day of September, 2016.**

**Mrs. Cain,
Treatment Specialist**

# United States Penitentiary, Pollock, Louisiana
## Challenge Treatment Program

# CERTIFICATE OF ACHIEVEMENT

### This certifies that

### Casey, Kenneth

**has successfully completed the Criminal Lifestyle journal in the Challenge Treatment Program.**
**This certificate of completion is hereby issued this 8th. day of July, 2016.**

Mr. Orzech,
Treatment Specialist

# Certificate of Completion

**United States Penitentiary, Pollock, Louisiana**
**Challenge Treatment Program**
**This certifies that**

## CASEY, KENNETH

has successfully completed the requirements of **PHASE I** of
the Challenge Treatment Program.

This certificate of completion is hereby issued
this 15th day of April, 2016.

_Dr. Thurston-Snoha,_
**Dr. Thurston-Snoha,**
**Chief Psychologist**

**Mrs. Hastings**
Treatment Specialist

**Mrs. Cain**
Treatment Specialist

**Mr. Courville**
Treatment Specialist

**Mr. Ozech**
Treatment Specialist

# United States Penitentiary, Pollock, Louisiana Challenge Treatment Program

## CERTIFICATE OF ACHIEVEMENT

### This certifies that

### CASEY, KENNETH

**has successfully completed the Reviewing My Drugs journal in the Challenge Treatment Program.**
**This certificate of completion is hereby issued**
**this 15th day of April, 2016.**

Mr. Orzech,
Treatment Specialist

# United States Penitentiary, Pollock, Louisiana Challenge Treatment Program

# CERTIFICATE OF ACHIEVEMENT

### This certifies that

### Casey, Kenneth

**has successfully completed the Rational Thinking journal in the Challenge Treatment Program.
This certificate of completion is hereby issued
this 19th day of February 2016.**

_Mrs. Cain_

**Mrs. Cain,
Treatment Specialist**

United States Penitentiary, Pollock, Louisiana
Challenge Treatment Program

# CERTIFICATE OF ACHIEVEMENT

This certifies that

## *Kenneth Casey*

has completed the Orientation journal in
the Challenge Treatment Program.

This certificate of completion is hereby issued
on this 11th day of January, 2016.

*Mrs. Hastings*
_____
Mrs. Hastings, Challenge Treatment Specialist

# Challenge Program Documentation



**U.S. Department of Justice**
Federal Bureau of Prisons

Federal Correctional Complex
*X High Security Institution*
☐ Medium Security Institution
☐ Minimum Security Institution

---

Psychology Services

Pollock, LA 71467

December 11, 2018

Mr. Casey,

As a Challenge Program completer and current program Mentor, you have asked for a letter which would elucidate and explain your time in and the outcome of programming. To maintain your confidentiality and the integrity of your time in the program, I explained I would be able to write you a letter addressing such.

According to the Federal Bureau of Prisons, The Challenge Program is "a unit-based, residential program developed for inmates in penitentiary settings. The Challenge Program provides treatment to inmates with substance abuse problems and/or mental illness and offers Cognitive Behavioral Therapy oriented treatment programming wrapped within the therapeutic community model." Completion of the Challenge Program required 500 contact hours; i.e., face-to-face contact between treatment staff and inmate participants, over no less than 9 months of half-day programming. Various group and individual therapeutic activities take place over a three phase, nine-month to one year period, on average, and provide program participants with opportunities to develop and apply new skills. All activities are designed to take place in a modified therapeutic community where all participants have a common mission and goal. The Challenge Program is based on the belief that individuals have the necessary power to change if given the right tools and the opportunity to do so. Participants learn new skills to examine their own personal beliefs and assumptions in order that better decisions can be made and problem solving is more effective and productive. The Challenge Program is about making a transition from former negative, criminal lifestyles to a new, honorable, and more positive ways of living. It is intended for men interested in making positive lifestyle changes.

You began the Challenge Program in October of 2015 and successfully completed the program in May of 2017. During your time as a participant, your consistent efforts and mastery of programming material demonstrated your strong treatment progress. You remained diligent with self-growth and personal accountability, taking ownership of your actions, committing to the betterment of yourself and the

1

treatment community, and demonstrating mastery over all areas of your treatment plan. Despite identified primary struggles with criminal thinking, sobriety, and emotional regulation, your behavior has validated what I expect as the program coordinator; an openness to learn and progress, application of the material in group and personal life, accountability to yourself, the program and its staff, and support for others in the community. You progressed through all three phases of treatment without concern by the treatment team and appeared to be well regarded by your Challenge Treatment Specialist. You always appeared committed to wanting to excel for yourself and for your family.

You were selected as a Mentor for the program after your Milestone based on your outstanding programming attitude and mastery of programming concepts and material. You have learned to not only apply the material to your life, but hold others accountable for their rational thinking errors, negative attitudes, and sobriety in a way that is healthy and supportive of the therapeutic community. You share information pertinent to learning, but do not utilize time to monopolize staff or request things that would compromise staff or yourself. You have shared with myself and my staff that this program mattered and still matters the most to you, as it allows you separation from the negativity on the compound and a connection to personal growth. You remained flexible and willing to help community members when asked; you seem to take pride in participant's growth as much as you did your own.

While I do not know about your legal status and I cannot attest for what will happen to you in the future, I can say that I am proud of you, I wish others would aspire to the commitment to betterment I see in you, and hope you take the motivation and commitment to growth with you wherever you go.

With Regards,

Dr. A Hanzen
Challenge Program Coordinator

2

**Bureau of Prisons**     **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Group Participation**

| | | |
|---|---|---|
| Inmate Name: CASEY, KENNETH | | Reg #: 04539-043 |
| Date of Birth: 06/10/1974 | Sex: M | Facilitator: (P)Swiantek, A. PsyD |
| Date: 02/16/2022 | Group Facility: POM | Group Title: [291] Inmate Companion Program |

Status: Enrolled
Enroll Date: 02/16/2022    End Date:
Total Hours: 6.0

## SESSION DATA:

**Number of Sessions:** 2    **First Session Date:** 02/16/2022    **Last Session Date:** 03/31/2022

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 03/31/2022 | Quarterly Training | 120 | Complete Session | Good | Not Apply |
| 02/16/2022 | Initial Training | 240 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 100.0 % | Good | 100.0 % | Not Apply | 100.0 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 0.0 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Absent Excused | 0.0 % | Not Apply | 0.0 % | | |
| Absent Not Excused | 0.0 % | | | | |

**Bureau of Prisons**
**Psychology Services**
**NRDAP - Discharge Note**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| Inmate Name: | CASEY, KENNETH | | | | Reg #: | 04539-043 |
|---|---|---|---|---|---|---|
| Date of Birth: | 06/10/1974 | Sex: | M | Facility: POL | Unit Team: | A1 |
| Date: | 06/15/2017 06:35 | Provider: | | Gaspard, Candice MS/DTS | | |

**Comments**

Casey successfully completed NRDAP on 06-14-2017. He addressed his treatment goals and activities and completed all assignments in a timely manner. Casey actively participated in group discussions and small group activities. In addition, he recently completed the Challenge Program.

Casey was awarded a Certificate of Completion. He will also receive a monetary completion award in the amount of $30.

Completed by Gaspard, Candice MS/DTS on 06/29/2017 07:44

**Bureau of Prisons**                              **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Challenge - Administrative Note**

| Inmate Name: | CASEY, KENNETH | | | | Reg #: | 04539-043 |
| Date of Birth: | 06/10/1974 | Sex: | M | Facility: POL | Unit Team: | A1 |
| Date: | 05/19/2017 09:38 | Provider: | Hanzen, Angela | | | |

**Comments**

Mr. Casey successfully completed the Challenge Program on May 19, 2017. He participated in the Milestone ceremony yesterday, Thursday May 18, 2017, where he received his certificate of completion. His SENTRY record has been updated to reflect this change and he will work with his Unit Team for possible transfer.

Completed by Hanzen, Angela PsyD/Challenge Tx Coord on 05/19/2017 09:39

**Bureau of Prisons**          **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Challenge -Treatment Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | CASEY, KENNETH | | | | Reg #: | 04539-043 |
| Date of Birth: | 06/10/1974 | Sex: | M | Facility: POL | Unit Team: | A1 |
| Date: | 05/02/2017 15:22 | Provider: | Cain, Erica CTS | | | |

### Diagnostic Impression

Mr. Casey has not met with the Challenge Program Coordinator for a Diagnostic and Care Level Formulation interview. The findings from this and diagnosis cannot be reported at this time.

### Psychosocial History

Social Background

Information for the psychosocial interview has been obtained by reviewing this inmate's central file, Sentry information, PDS records and face to face interview.

Identifying Information:

Participant Kenneth Casey (Register Number: 04539-043) is a 41 year old (DOB: 06/10/1974) black, male. He is serving a 480 month sentence for Conspiracy to Possess with Intent to Distribute More Than 500 Grams of Cocaine Hydrochloride. He stands 5 feet and 11 inches in height, and weighs 230 pounds. He has brown eyes and black hair. Mr. Casey reports being in good physical condition.

Family and Upbringing:

Participant CASEY was born on 06/10/1974.

Participant CASEY reports that his relationship with his mother throughout his childhood was excellent. However, he describes the relationship with his father during his childhood as poor. He explains, "He wanted me to do what he wanted me to do. Even though he tried to get me to do the right thing we would clash." Participant CASEY reports that his paternal grandmother provided him with a lot of guidance throughout his childhood. He stated, "She kept it real with me on life issues. She gave me a lot of guidance and could see through my lies. She raised 12 kids." His grandmother passed away when he was 20 years old. He reports that they shared a very close relationship.

Participant CASEY reports that he was exposed to criminality and substance abuse in his neighborhood during his childhood.

Participant CASEY reports, "I was ruined at a young age. I was the oldest of 5 kids. I had to get out and make a living.

I was never addicted to drugs. I was addicted to money and chasing the money. I was about 13 when I got started selling drugs.

Education and Employment:

Participant CASEY is not a high school graduate. He reports that he quit school because he was selling drugs and didn't feel the need to continue going to school.

Participant CASEY does not report having very much legal employment throughout his life. He reports that he mainly sold drugs to support himself and his family. He reports that he went to school in Dallas, TX and obtained a heavy equipment operator license and crane operator license in 2009.

Social:

Participant CASEY reports that he is married. He stated that he and his wife have been together for 23 years. However, they have only been married 1 year. He reports that their relationship status is excellent. He maintains contact with her regularly via telephone, mail, visits, and email. He stated, "She is a positive influence in my life. She is a Christian God fearing woman. She has always encouraged me to do better and live a more positive life." He reports that he and his

| Inmate Name: | CASEY, KENNETH | | | | Reg #: | 04539-043 |
|---|---|---|---|---|---|---|
| Date of Birth: | 06/10/1974 | Sex: | M | Facility:  POL | Unit Team: | A1 |
| Date: | 05/02/2017 15:22 | Provider: | Cain, Erica CTS | | | |

wife are opposites and stated, "She keeps the relationship balanced."

Participant CASEY has 6 children with four different women. His children age of the ages 6, 13, 19, 21, 22, and 24. He reports that his 13 and 21 year old children lived with him prior to his arrest. He reports that he has provided financial support and emotional support to all of his children. He reports that the status of his relationship with his children is good. He reports that he interacts with his children regularly via telephone, mail and email.

Participant CASEY reports that both of his parents are living. He stated that his relationship with both of them is fair. He stated, "It's like some folks don't exist after while .that's how doing time is." He does not maintain much contact with his parents. However, he reports that they are both a positive influence in his life.  Participant CASEY reports that he has friends outside of prison and feels that they are a positive influence. He maintains contact with his friends via telephone. He reports that he also has friends inside of prison and he feels they are also a positive influence. Mr. Casey denies any particular group or gang affiliation.

He calls Gulf Port, Mississippi home. He reports that he eats with the Mississippi car in the chow hall.
Criminal History:
Participant CASEY has prior criminal history that has resulted in incarceration 4 times. His first offense was at the age of 16. History of Violence: Participant CASEY denies a history of violence.

Current Offense:

Participant Kenneth Casey is serving a 480 month sentence for Conspiracy to Possess with Intent to

Distribute More Than 500 Grams of Cocaine Hydrochloride.

Institution History and Current Status:

Participant CASEY admits having received incident/disciplinary reports in prison. He received incident reports for phone abuse, possessing an unauthorized item, and giving/accepting money without authorization.

Substance Abuse History:

Participant CASEY reports he smoked marijuana. He started smoking marijuana around the age of 10. However, he reports that he did not like marijuana because it is a downer. He stated that he smoked a few times a week for 2 years but quit on his own in 1993. Participant CASEY reports using cocaine. He stated that coke was his drug of choice. He first tried it at the age of 17. He reports that he would use it once a week for a whole day. He reports that it made him feel mellow and relaxed. Eventually he used coke daily.

Participant CASEY stated, "I was never addicted to drugs. I was addicted to money and chasing the money." Participant CASEY reports having completed RDAP at Marianna, FL BOP.
Participant CASEY feels that his life was negatively impacted by his drug use and involvement with drugs in his work, school, and legal problems. However, he feels selling drugs positively impacted his finances.

Mental Health History:
Participant CASEY denied any current symptoms of mental illness. Mr. Casey denies any current symptoms of mental illness and further denies any current suicidal thoughts or behaviors.
**Course of Treatment**
 Mr. Casey began his treatment experience in an optimistic manner.  He was able to identify some of the problems in his life but had no real commitment to action in order to address his problems as he was unaware of many of his problems. He was not entirely convinced as to whether the program could help him but he approached treatment whole heartedly nonetheless.  Mr. Casey demonstrated some investment in trying to understand the theme of sessions as they related to his substance abuse, treatment, and recovery.  He was not disruptive but reluctantly compliant.  He was interested in finding out how the program could benefit him.  Mr. Casey appeared hopeful about the possibility of making real changes in his life. Mr. Casey was uncertain as to how to make Challenge program elements relevant in discussions

| Inmate Name: | CASEY, KENNETH | | | Reg #: | 04539-043 |
|---|---|---|---|---|---|
| Date of Birth: | 06/10/1974 | Sex: | M        Facility:  POL | Unit Team: | A1 |
| Date: | 05/02/2017 15:22 | Provider: | Cain, Erica CTS | | |

but he persisted in his efforts to use the program language and make sense of the elements as they applied to his own here and now experience. In the beginning, he needed some prompting from the facilitator and others. His participation suggested a general knowledge of the journal content and the subject being discussed. He completed the first phase of treatment demonstrating an acceptance, use, and control of the Modified Therapeutic Community conventions with essentially no problems.

During the middle of his treatment experience, Mr. Casey demonstrated willingness to listen to his peers, his specialist, and the clinical team accepting redirection, feedback, and instructions. Mr. Casey always came prepared to every group. In the beginning, he relied much on his subjective opinion, and less on the objective program content, to drive his comments and discussions. Slowly, Mr. Casey began to become more confident and his use of the program language gradually became more sophisticated. His participation in groups increased as he progressed throughout the program. He made a verbal commitment to change and demonstrated this commitment to his team and community by following the expectations of the program, using program language, completing all assignments, and participating actively in Modified Therapeutic Community (MTC) activities.

During the final phase and completion of his treatment experience, Mr. Casey's engagement in the Modified Therapeutic Community (MTC) demonstrated an increased growth as a participant. He put forth extra effort in his assignments as evidenced by his diligent preparation for presentations and written assignments. Mr. Casey demonstrated a keen awareness and knowledge of the skills and strategies practiced throughout the program. For example, he used the Rational Self Analysis (RSA) daily to sort his thoughts and rationally challenge his irrational thinking/thinking errors. He was continually practicing the language and tools throughout every day. He demonstrated his ability to identify how he could apply this knowledge to his behavior through open discussion of his RSA rational challenges and processing his thoughts with his small process group. Mr. Casey utilized assertive communication with his community and staff. He confronted issues he faced in his treatment plan. His use of program language became increasingly more sophisticated.

His small group participation demonstrated a voluntary, thoughtful, and active role in his own and other's treatment. His active participation in discussions was personal and meaningful to him and to others. He consistently demonstrated a genuine desire to discuss and share ideas of the group experience with his peers and specialist. Mr. Casey often initiated group discussions, shared his reactions and observations, asked significant questions, accepted feedback, and acted as a leader within the group. The pro-social skills he cultivated throughout his treatment experience allowed him to fully express himself appropriately, effectively, and with confidence.

By the end of Mr. Casey's residential treatment experience he demonstrated significant progress in his treatment, took a leadership role in the Modified Therapeutic Community, and became more self-aware especially as to how his actions impact others. Furthermore, he gained a better understanding of himself, others, and continues to look for ways to excel in his personal growth and development.

Progress Toward Treatment Goals:

Mr. Casey was given his Treatment Plan on 12/18/2015. The following were identified as goals and interventions on his personal treatment process:

Goal #1 {Overall Progress}: I will incorporate the principles and techniques of this treatment program to address my thinking errors and modify my problematic behaviors.

Interventions:

- I will demonstrate full program participation as directed and reviewed by my Treatment Specialist and my Clinical Team.
- I will be on time for programming sessions and fully participate in each of the different group formats.
- I will meet my Financial Responsibility Program (FRP) obligations. If I enter FRP REFUSAL status, or refuse to make payments, I understand that this will impact the Incentive Performance Pay (IPP) I may earn for my current phase or

| Inmate Name: | CASEY, KENNETH | | | | Reg #: | 04539-043 |
|---|---|---|---|---|---|---|
| Date of Birth: | 06/10/1974 | Sex: | M | Facility: POL | Unit Team: | A1 |
| Date: | 05/02/2017 15:22 | Provider: | Cain, Erica CTS | | | |

result in my removal from the program.
- I will consistently earn job performance ratings and room sanitation inspections of "satisfactory" status or higher.
- I will maintain the confidentiality of my peers, not sharing programming activities or conversations with individuals outside of the unit.
- I will take initiative in meeting with my Treatment Specialist as needed and as requested.

Goal #2 {Criminal Lifestyle}:  I will accept responsibility for decision and actions that have led to arrest and develop higher moral and ethical standards to govern my behavior. I will adhere to institutional rules and the expected behaviors of my therapeutic  community. I will internalize the need for treatment so as to change values, thoughts, feelings, and behavior to a more pro-social position.

Interventions:

- I will verbalize the disadvantages of unlawful behavior I have personally experienced.
- I will verbalize an understanding of the benefits, for both myself and others, of living within the laws and rules of society and the institution.
- I will identify thought patterns and beliefs I have established as a means to justify my criminal behavior, as well as exploring rational challenges for each. I will share this information with my small process group.
- I will list my behaviors and attitudes that will need to be modified in order to decrease my criminal thoughts and behaviors.
- I will behaviorally demonstrate before my peers and treatment staff the ability to apply The Five Rules of Rational Thinking to any given real or hypothetical situation.
- I will identify the Criminal Thinking Errors that I continue to struggle with the most in my in my daily life. I will identify specific examples of how these thinking errors persist in my thought patterns and continue to have an impact on my life. I will share this information with my small process group and demonstrate the skill and willingness be receptive to their constructive feedback.
- I will write a paper entitled:  Before & After.  The paper will be a minimum of 3 pages.  This writing will describe how I once was (prior to my arrest).  I will then describe how I would like to be and how I would like others to remember me.

Goal #3 {Substance Abuse}:  I will honestly evaluate and acknowledge my substance abuse. I will improve my quality of life by maintaining an ongoing abstinence from all mood-altering chemicals. I will acquire the necessary skills to maintain longterm sobriety from all mood-altering substances and live a life free of chemicals.

Interventions:

- I will describe the amount, frequency, and history of my substance use.
- I will identify the ways being sober could positively impact my life.
- I will identify the negative consequences of my substance use, sharing them specifically with my small process group.
- I will write a good-bye letter to my drug(s) of choice, telling it (them) why it (they) must go. I will share this letter with my small process group.
- I will identify and list thoughts and situations (triggers) that place me at risk for relapse. I will share this information with my small process group, seeking feedback from them as to ways to manage these issues in order to sustain my recovery.
- I will I explore possible coping skills I could have used in situations in the past where I made drugs and alcohol my coping skill.
- I will attend weekly N/A groups offered in the unit to practice maintaining a personal recovery program.
- I will define:  Values, Principles, Beliefs, and Lifestyle Balance.  I will further explore what my values, principles, beliefs, and lifestyle balance are.
- I will make a list of the social, emotional, and family factors that contribute to my substance abuse, substance selling, and criminal activities.
- I will consult with my small process group about addictive behaviors.  I will then write a 2 page summary on the "cost" of me selling drugs.  I will note how my actions affected others that I care about.

Goal #4 {Impulsivity}:  I will reduce the frequency of impulsive behavior and increase the frequency of carefully thought

| Inmate Name: | CASEY, KENNETH | | | | Reg #: | 04539-043 |
|---|---|---|---|---|---|---|
| Date of Birth: | 06/10/1974 | Sex: | M | Facility: POL | Unit Team: | A1 |
| Date: | 05/02/2017 15:22 | Provider: | Cain, Erica CTS | | | |

out behavior.

Interventions:

- I will identify the negative consequences that are caused by impulsive behavior.
- I will identify the thoughts that trigger impulsive behavior and replace each with a thought that is positive, self-adapting and enhancing.
- I will understand and identify the concept of entitlement and the negative consequences that are derived from that criminal thinking error.
- I will learn and practice effective ways to cope with confrontation on disagreements with others.
- I will preform weekly attitude checks and discuss my behaviors during small process group.

Goal #5 {Parenting}:  Accept responsibility for being a parent, improve my parenting skills, and enhance my relationships with my children.

Interventions:

- I will express feelings of frustration, helplessness, and inadequacy that I experience due to physical separation from my children in small process group.
- I will establish boundaries with my children, consistently being honest and not committing to things which I am unable to follow through with.
- I will verbalize a sense of increased skill, effectiveness, and confidence in my parenting skills by attending the parenting class that is offered in Education.
- I will write each of my children at least once a week and ask them about themselves. I will not focus on my wants and needs but instead show an interest in their lives. I will let them know that I love and miss them.

## Strengths and Weaknesses

Strengths:  Mr. Casey is willing to take emotional risks, to assert an opinion and support it, ad to listen actively to others. He offers his input freely and is respectful of others.  He provides positive support and feedback to his peers.  He is thorough in completing a task and is detail oriented. Mr. Casey is good at following directions and is precise.

Weakness:  Mr. Casey struggles with honestly examining that which causes him pain.  He uses denial and avoidance as a coping mechanism rather than confronting painful issues head on.

## Recommendations for Further Treatment

Mr. Casey identified that he will need to continue working on the positive attitude:  honesty.  He admits, "Once lies begin, unhealthy behaviors follow."

Mr. Casey would be well served to continue further intensive treatment focusing on coping skills and healthy relationships.  It is recommended that he stay away from peers who engage in criminal activity and/or substance abuse.

It will be important for Mr. Casey to continue participation in Community Treatment Services (CTS) to ensure a successful re-integration to the community and continued success in recovery.  Mr. Casey will benefit from continued weekly substance abuse support groups as he needs the positive peer support in his efforts to maintain his recovery.

## Prognosis

Mr. Casey's prognosis is good.  Mr. Casey understands that substance use disorders are chronic conditions, and realizes the possibility of relapse is always present.  With this knowledge and awareness, Mr. Casey will exercise caution and make an effort to continue to apply the program principles and concepts to ensure success in his recovery.

Mr. Casey has implemented a good plan and has begun to see it work.  He has experienced it working over time throughout his Challenge experience.  Mr. Casey is capable of long-term sustained change over many years if he remains committed to daily application of the program principles and concepts.

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CASEY, KENNETH | | | Reg #: | 04539-043 |
| Date of Birth: | 06/10/1974 | Sex: | M      Facility: POL | Unit Team: | A1 |
| Date: | 05/02/2017 15:22 | Provider: | Cain, Erica CTS | | |

Completed by Cain, Erica CTS on 06/15/2017 16:01

**Reviewed by Hanzen, Angela PsyD/Challenge Tx Coord on 07/26/2017 09:59**

**Bureau of Prisons**
**Psychology Services**
**RDAP - Administrative Note**

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | CASEY, KENNETH | | | | Reg #: | 04539-043 |
| Date of Birth: | 06/10/1974 | Sex: | M | Facility: POL | Unit Team: | A1 |
| Date: | 02/17/2017 06:33 | Provider: | Gaspard, Candice MS/DTS | | | |

<u>**Comments**</u>

The DTS and DAPC made rounds in the units and provided inmate CASEY with information on RDAP and how to return the request for the program. Two weeks later additional rounds were made in all of the units where inmate CASEY had the opportunity to ask questions and submit a request for RDAP. At this time he has not expressed an interest in the program and he has been given a SENTRY assignment of DAP NO INTEREST. He was informed how to request the program should he change his mind.

Completed by Gaspard, Candice MS/DTS on 02/17/2017 06:34

**Bureau of Prisons**
**Psychology Services**
**Challenge - Administrative Note**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | CASEY, KENNETH | | | | Reg #: | 04539-043 |
| Date of Birth: | 06/10/1974 | Sex: | M | Facility: POL | Unit Team: | A1 |
| Date: | 01/25/2017 13:32 | Provider: | Stewart, Angela | | | |

<u>Comments</u>

On Tuesday, January 17, 2016, Mr. Casey was met at the door by a few of the Challenge team staff to assess current functioning. He was given an opportunity to be pulled from his cell (as USP Pollock remains on lockdown) to talk with the Challenge Treatment team regarding an incident which occurred with another community member over the weekend.

Mr. Casey denied any present concerns or the desire to be pulled from his cell at this time. He agreed to notify treatment staff if this were to change.

Completed by Stewart, Angela PsyD/Challenge Tx Coord on 01/25/2017 13:34

# Bureau of Prisons
# Psychology Services
# Non-Residental DAP

**SENSITIVE BUT UNCLASSIFIED**

| | | | |
|---|---|---|---|
| **Inmate Name:** CASEY, KENNETH | | | **Reg #:** 04539-043 |
| **Date of Birth:** 06/10/1974 | **Sex:** M | **Race:** BLACK | **Facility:** POL |
| **Open Date:** 11/22/2016 | **Closed Date:** 06/29/2017 | **Status:** Complete | **Discussed:** Yes |

**PGI Title:** Overall Progress

**Status:** Complete          **Last Updated:** 06/29/2017     **Last Provider:** Gaspard, Candice MS/DTS

**Problem:**     I have led a lifestyle that included drug abuse and criminal behavior. This lifestyle has had a negative impact on many aspects of my life. Therefore, I have volunteered to participate in this non-residential drug abuse treatment group to help me address my specific problems.

**Goal:**          Incorporate the concepts, principles, and techniques of this treatment program to address my thinking errors and to modify my problematic behaviors.

**Interventions:** Full program participation to include attending treatment sessions, actively participating in group discussions, submitting assignments in a timely manner, and addressing all treatment goals as outlined in my treatment plan.

**Progress Notes:**

Completed NRDAP on 06-14-2017          **Date:** 06/29/2017   **Provider:** Gaspard, Candice MS/DTS

Limited Programming Opportunities        **Date:** 05/04/2017   **Provider:** Gaspard, Candice MS/DTS

Due to a lengthy institutional lockdown and additional interruptions to institutional operations, Casey's NRDAP group has attended only one group session since the last progress note entry dated 03-07-2017. Casey has demonstrated an understanding of the ABC Model and the Five Rules of Rational Thinking. He has been tasked with completing RSAs to share during the next group session. Casey has also maintained his enrollment in the Challenge Program. He has received no incident reports during this review period.

Extended Institutional Lockdown/Limited Programming   **Date:** 03/07/2017   **Provider:** Gaspard, Candice MS/DTS

USP Pollock has been on lockdown status since 01-13-2017. Therefore, this NRDAP group has met for only one session since the last review entered on 01-06-2017. As such, a progress review cannot be completed at this time due to a lack of programming opportunities.

Satisfactory Progress/Limited Programming          **Date:** 01/06/2017   **Provider:** Gaspard, Candice MS/DTS
Opportunities

Since the initial group session on 11-08-2016, only 4 group sessions have been held due to scheduling conflicts with other institutional programs or a lack of programs moves. During group sessions, Casey actively participates in group discussions and appears comfortable providing/receiving feedback. He participates in small group activities and completes assignments as instructed. Casey has demonstrated an understanding of the 8 Positive Attitudes and is in the process of completing his Readiness Statement. Casey has maintained his enrollment in the Challenge Program and has received no incident reports since enrolling in NRDAP.

**PGI Title:** Substance Abuse

**Status:** Complete          **Last Updated:** 06/29/2017     **Last Provider:** Gaspard, Candice MS/DTS

**Problem:**     I have abused cocaine. Many of my social activities revolved around my drug use because snorting cocaine was "fun and something to do." I also struggled with saying "no" and found it difficult to be "the only one doing right." As such, I was unable to completely stop using cocaine. Further, my drug use and my criminal lifestyle "went hand and hand."

**Goal:**          Lead a drug-free lifestyle by utilizing healthy coping techniques to manage social pressures to use drugs; Identify and challenge my criminal thinking errors.

**Interventions:** Intervention 1: I will identify at least 2 ways that I can experience positive feelings and have fun without engaging in self-defeating behaviors. I will complete RSAs on any times that my thinking is based on "Expecting Rewards" and I am considering engaging in unhealthy activities.

Intervention 2: I will increase my use of assertive communication skills and consider how I can use effective communication to say "no" to any social pressures to engage in drug use and/or criminal activity.

Intervention 3: I will identify the criminal thinking errors that I continue to struggle with the most and will complete RSAs as needed.

| Inmate Name: | CASEY, KENNETH | | | Reg #: | 04539-043 |
|---|---|---|---|---|---|
| Date of Birth: | 06/10/1974 | Sex: | M | Race: BLACK | Facility: POL |
| Open Date: | 11/22/2016 | Closed Date: | 06/29/2017 | Status: Complete | Discussed: Yes |

Intervention 4: I will complete a written recovery maintenance plan in which I consider how I will use the strategies and concepts learned in group to cope with my relapse triggers and warning signs.

Intervention 5: I will maintain my enrollment in the Challenge Program.

**Progress Notes:**

| | | |
|---|---|---|
| Completed NRDAP on 06-14-2017 | **Date:** 06/29/2017 | **Provider:** Gaspard, Candice MS/DTS |
| Interventions 2-4 Not Addressed At This Time | **Date:** 05/04/2017 | **Provider:** Gaspard, Candice MS/DTS |

Interventions 2-4 have not been addressed at this time.

Casey has maintained his enrollment in the Challenge Program.

| | | |
|---|---|---|
| Not Addressed Yet | **Date:** 01/06/2017 | **Provider:** Gaspard, Candice MS/DTS |

Casey has maintained his enrollment in the Challenge Program. The remaining interventions have not been addressed at this time.

**Comments:**

Casey successfully completed NRDAP on 06-14-2017. He addressed his treatment goals and activities and completed all assignments in a timely manner. Casey actively participated in group discussions and small group activities. In addition, he recently completed the Challenge Program.

Casey was awarded a Certificate of Completion. He will also receive a monetary completion award in the amount of $30.

# Bureau of Prisons
# Psychology Services
# Group Participation

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | |
|---|---|---|
| **Inmate Name:** CASEY, KENNETH | | **Reg #:** 04539-043 |
| **Date of Birth:** 06/10/1974 | **Sex:** M | **Facilitator:** (P)Gaspard, Candice MS/DTS |
| **Date:** 11/08/2016 | **Group Facility:** POL | **Group Title:** [144] Non-Residential TUE/PM |

**Status:** Completed
**Enroll Date:** 11/08/2016   **End Date:** 06/14/2017
**Total Hours:** 19.16

## SESSION DATA:

**Number of Sessions:** 12    **First Session Date:** 11/22/2016    **Last Session Date:** 06/14/2017

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 06/14/2017 | Recovery Maintenance Plans/Certificates | 100 | Complete Session | Good | Satisfactory |
| 06/07/2017 | Session 11 | 120 | Complete Session | Good | Not Apply |
| 05/31/2017 | Session 10 | 100 | Complete Session | Good | Satisfactory |
| 05/24/2017 | Session 9 | 90 | Complete Session | Good | Satisfactory |
| 05/17/2017 | Session 8 | 90 | Complete Session | Good | Satisfactory |
| 05/04/2017 | Session 7 | 90 | Complete Session | Good | Satisfactory |
| 04/12/2017 | Session 6 | 90 | Complete Session | Good | Not Apply |
| 01/11/2017 | Session 5 | 90 | Complete Session | Good | Satisfactory |
| 01/04/2017 | Session 4 | 100 | Complete Session | Good | Satisfactory |
| 12/06/2016 | Session 3 | 100 | Complete Session | Good | Satisfactory |
| 11/29/2016 | Session 2 | 90 | Complete Session | Good | Satisfactory |
| 11/22/2016 | Session 1 | 90 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 100.0 % | Good | 100.0 % | Not Apply | 25.0 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 75.0 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Absent Excused | 0.0 % | Not Apply | 0.0 % | | |
| Absent Not Excused | 0.0 % | | | | |

# Bureau of Prisons
# Psychology Services
# NRDAP - Psychosocial Interview

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | CASEY, KENNETH | | | | | Reg #: | 04539-043 |
| Date of Birth: | 06/10/1974 | Sex: | M | Facility: | POL | Unit Team: | A1 |
| Date: | 10/11/2016 07:15 | Provider: | | Gaspard, Candice MS/DTS | | | |

## Social Background

Age: 42

Casey reported that he is married and that he maintains frequent communication with his spouse. According to Casey, they communicate via telephone, mail, and visits. Casey also shared that he has 7 children, 3 sons and 4 daughters. His children are ages 25, 22, 22, 20, 14, 7, and 2. Casey described his relationships with his children as "very good" and explained that he receives visits from his children once a month. In addition, they also communicate via telephone and mail.

## Criminality

Instant Offense: CTPWITD MORE THAN 500G OF COCAINE HYDROCHLORIDE (480 MOS, 5Y SRT).

Criminal History: 09 PWITD CNT SUB; 03 FELON POS F/A; 97 CTPWITD CRACK; 97 DISORD COND; 96,92 DISOBEY LEO.

## Substance Abuse

Casey reported that he began snorting cocaine at the age of 15. At the time of his arrest for the instant offense, Casey was snorting cocaine daily. Casey acknowledged that his drug use was part of his social activities and was often used to "party." Casey stated that his drug use was "fun and something to do." Further, he described himself as a "social user" meaning that when he was associating with "that crowd," he had a difficult time saying "no" and was also influenced by "peer pressure." Casey disclosed that is difficult to be "the only one doing right."

Casey endorsed experiencing an increased tolerance and also admitted to engaging in dangerous risk taking behaviors while under the influence of cocaine. In addition, he explained that his family was unaware of his drug use because he hid those behaviors from his family.

## Mental Illness

Based on Casey's self-report, he has not received any mental health treatment in the past.

## Personal Goals

Casey stated that he must learn to not be influenced by social pressure to engage in self-defeating behaviors. In addition, he recognizes that his drug use and criminal lifestyle "went hand and hand." Therefore, he would like to continue to challenge his criminal thinking errors.

Completed by Gaspard, Candice MS/DTS on 10/12/2016 12:11

**Bureau of Prisons**          **SENSITIVE BUT UNCLASSIFIED**
**Psychology Services**
**Challenge - Administrative Note**

| Inmate Name: | CASEY, KENNETH | | | | Reg #: | 04539-043 |
|---|---|---|---|---|---|---|
| Date of Birth: | 06/10/1974 | Sex: | M | Facility: POL | Unit Team: | A1 |
| Date: | 08/24/2016 11:34 | Provider: | Stewart, Angela | | | |

<u>Comments</u>

Mr. Casey acknowledged and signed the updated Challenge Program Participant Form, given to him on 7-22-2016. See attachment for signature and details.

Completed by Stewart, Angela PsyD/Challenge Tx Coord on 08/24/2016 11:46

**Bureau of Prisons**   **SENSITIVE BUT UNCLASSIFIED**
**Psychology Services**
**Challenge - Clinical Contact**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CASEY, KENNETH | | | | Reg #:    04539-043 |
| Date of Birth: | 06/10/1974 | Sex: | M | Facility: POL | Unit Team: A1 |
| Date: | 04/27/2016 07:00 | Provider: | Cain, Erica CTS | | |

## Comments

04/27/2016
CLINICAL TREATMENT TEAM
Mr. Casey was seen for a Clinical Treatment Team Meeting on this date.

Mr. Casey is currently a Phase I Challenge Program participant. His primary treatment specialist is Mrs. Cain.

Mr. Casey presented to the meeting with a moderately pleasant mood and congruent affect. He was alert and interested. His speech was of normal rate and of normal volume and thought process was free of delusions or other psychotic content.
Mr. Casey met with the treatment team today to discuss his progress in the Challenge as well as some concerning thoughts.

Mr. Casey tested well and seems to know the program material and is able demonstrate application of the program tools. However, the Treatment Team advises Mr. Casey that consistent application is what is expected.
Mr. Casey reports that he is experiencing better communication with his wife and family. Mr. Casey has stated to his primary treatment specialist and small group that he does not see a problem with doing drugs as long as you are at home and not bothering anyone or doing anyone else any harm. He specifically stated, "I don't think there is a problem with doing drugs at home as long as you're not out stealing, robbing, or hurting people. If you are not bothering anyone, it's not a problem."

The Clinical Treatment Team advised Mr. Casey to ask his family how his drug use has impacted them. He plans to report back to his primary treatment specialist with how his family responds to this question. The Clinical Treatment Team also advised Mr. Casey of the expectations for Phase II. He has been advised that in order to complete these phase successfully he will be expected to attend all Challenge Programming from 7:30 AM   10:30 AM. He must also demonstrate personal application of principles consistently.   He will need to work on completing interventions on his treatment plan. He is expected to provide feedback to his peers. He has been advised that he must disclose & illicit feedback from his peers and treatment staff.

Mr. Casey was receptive to the feedback from staff.

The treatment team will follow-up with Mr. Casey as necessary.

Completed by Cain, Erica CTS on 05/19/2016 07:19

## Bureau of Prisons
## Psychology Services
## Challenge - Clinical Contact

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | CASEY, KENNETH | | | | Reg #: | 04539-043 |
| Date of Birth: | 06/10/1974 | Sex: | M | Facility: POL | Unit Team: | A1 |
| Date: | 12/30/2015 12:53 | Provider: | Cain, Erica CTS | | | |

### Comments

December 30, 2015
CLINICAL TREATMENT TEAM
Mr. Casey was seen for a Clinical Treatment Team Meeting on this date.  Present for this meeting were the following staff: Dr. Mancuso (Challenge Program Psychologist), Mrs. Hastings (Challenge Treatment Specialist), Mr. Courville (Challenge Treatment Specialist) and Mrs. Cain (Challenge Treatment Specialist).
Mr. Casey is currently a Phase I Challenge Program participant.  His primary treatment specialist is Mrs. Cain.
Mr. Casey presented to the meeting with a positive attitude.  He was open and cooperative with the process.  His speech was of normal rate and of normal volume and his thought process was free of delusions or other psychotic content.
Mr. Casey met with the treatment team today to discuss his participation in meetings, involvement in the community, progress, and areas that need improvement.  Mr. Casey presented in an approachable manner in interacting with staff.
Mr. Casey answered questions when prompted and offered information freely.  It was brought to Mr. Casey's attention that his initiative to be an active participant in the community is appreciated and is very valuable.  However, Mr. Casey has reported the news on two separate occasions at the community meeting and has delivered on both occasions news that is racially divided.  This could potentially split the community and is not conducive to treatment in the Challenge Program.
Mr. Casey was advised that he will need to put more thought into the news reports as it relates to bringing the community together and also how to relate the news to the 8 positive attitudes.
Mr. Casey seemed to be receptive to the Challenge Treatment Teams feedback throughout the meeting.
Mr. Casey is on the community meeting schedule to deliver the news on Wednesday, December 6, 2016.  He stated he will put more thought into the news reports as it relates to bringing the community together and also relate the news to the 8 positive attitudes.
The treatment team will follow-up with Mr. Casey as necessary.


Completed by Cain, Erica CTS on 12/30/2015 12:56

**Reviewed by Mancuso, Shannon PsyD. on 01/04/2016 09:29**

**Bureau of Prisons**        **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Challenge - Psychosocial Interview**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CASEY, KENNETH | | | Reg #: | 04539-043 |
| Date of Birth: | 06/10/1974 | Sex: | M        Facility: POL | Unit Team: | A1 |
| Date: | 12/18/2015 14:19 | Provider: | Cain, Erica CTS | | |

## Social Background

### Social Background

Information for the psychosocial interview has been obtained by reviewing this inmate's central file, Sentry information, PDS records and face to face interview.

Identifying Information:

Participant Kenneth Casey (Register Number: 04539-043) is a 41 year old (DOB: 06/10/1974) black, male. He is serving a 480 month sentence for Conspiracy to Possess with Intent to Distribute More Than 500 Grams of Cocaine Hydrochloride.

He stands 5 feet and 11 inches in height, and weighs 230 pounds. He has brown eyes and black hair. Mr. Casey reports being in good physical condition.

Family and Upbringing:

Participant CASEY was born on 06/10/1974.

Participant CASEY reports that his relationship with his mother throughout his childhood was excellent. However, he describes the relationship with his father during his childhood as poor. He explains, "He wanted me to do what he wanted me to do. Even though he tried to get me to do the right thing we would clash."

Participant CASEY reports that his paternal grandmother provided him with a lot of guidance throughout his childhood. He stated, "She kept it real with me on life issues. She gave me a lot of guidance and could see through my lies. She raised 12 kids." His grandmother passed away when he was 20 years old. He reports that they shared a very close relationship.

Participant CASEY reports that he was exposed to criminality and substance abuse in his neighborhood during his childhood.

Participant CASEY reports, "I was ruined at a young age. I was the oldest of 5 kids. I had to get out and make a living. I was never addicted to drugs. I was addicted to money and chasing the money. I was about 13 when I got started selling drugs.

Education and Employment:

Participant CASEY is not a high school graduate. He reports that he quit school because he was selling drugs and didn't feel the need to continue going to school.

Participant CASEY does not report having very much legal employment throughout his life. He reports that he mainly sold drugs to support himself and his family. He reports that he went to school in Dallas, TX and obtained a heavy equipment operator license and crane operator license in 2009.

Social:

Participant CASEY reports that he is married. He stated that he and his wife have been together for 23 years. However, they have only been married 1 year. He reports that their relationship status is excellent. He maintains contact with her regularly via telephone, mail, visits, and email. He stated, "She is a positive influence in my life. She is a Christian God fearing woman. She has always encouraged me to do better and live a more positive life." He reports that he and his wife are opposites and stated, "She keeps the relationship balanced."

Participant CASEY has 6 children with four different women. His children age of the ages 6, 13, 19, 21, 22, and 24. He reports that his 13 and 21 year old children lived with him prior to his arrest. He reports that he has provided financial support and emotional support to all of his children. He reports that the status of his relationship with his children is good. He reports that he interacts with his children regularly via telephone, mail and email.

Participant CASEY reports that both of his parents are living. He stated that his relationship with both of them is fair. He stated, "It's like some folks don't exist after while .that's how doing time is." He does not maintain much contact with his parents. However, he reports that they are both a positive influence in his life.

Participant CASEY reports that he has friends outside of prison and feels that they are a positive influence. He maintains contact with his friends via telephone. He reports that he also has friends inside of prison and he feels they are also a positive influence. Mr. Casey denies any particular group or gang affiliation.

He calls Gulf Port, Mississippi home. He reports that he eats with the Mississippi car in the chow hall.

## Criminality

### Criminality

| Inmate Name: | CASEY, KENNETH | | | | Reg #: | 04539-043 |
|---|---|---|---|---|---|---|
| Date of Birth: | 06/10/1974 | Sex: | M | Facility: POL | Unit Team: | A1 |
| Date: | 12/18/2015 14:19 | Provider: | Cain, Erica CTS | | | |

Participant CASEY has prior criminal history that has resulted in incarceration 4 times. His first offense was at the age of 16.

History of Violence:  Participant CASEY denies a history of violence.
Current Offense:
Participant Kenneth Casey is serving a 480 month sentence for Conspiracy to Possess with Intent to Distribute More Than 500 Grams of Cocaine Hydrochloride.
Institution History and Current Status:
Participant CASEY admits having received incident/disciplinary reports in prison.  He received incident reports for phone abuse, possessing an unauthorized item, and giving/accepting money without authorization.

## Substance Abuse
Substance Abuse
Substance Abuse and Addictions:
Participant CASEY reports he smoked marijuana.  He started smoking marijuana around the age of 10.  However, he reports that he did not like marijuana because it is a downer.  He stated that he smoked a few times a week for 2 years but quit on his own in 1993.
Participant CASEY reports using cocaine.  He stated that coke was his drug of choice.  He first tried it at the age of 17.  He reports that he would use it once a week for a whole day.  He reports that it made him feel mellow and relaxed.  Eventually he used coke daily.
Participant CASEY stated, "I was never addicted to drugs.  I was addicted to money and chasing the money."
Participant CASEY reports having completed RDAP at Marianna, FL BOP.
Participant CASEY feels that his life was negatively impacted by his drug use and involvement with drugs in his work, school, and legal problems.  However, he feels selling drugs positively impacted his finances.

## Mental Illness
Mental Illness
Mental Health:
Participant CASEY denied any current symptoms of mental illness.  Mr. Casey denies any current symptoms of mental illness and further denies any current suicidal thoughts or behaviors.

## Personal Goals
Personal Goals
Case Conceptualization:
Participant CASEY has a history of problematic substance use.  His drug of choice is cocaine.  His addiction is his criminal behavior.  Although he doesn't feel like he is addicted to drugs he would like to take part in the Challenge program because he feels it will benefit him in other areas of his life.
In treatment, he would like to work on parenting, addressing negative peer influences, managing anger, and taking accountability for his actions.  With regard to treatment, he appears to be motivated at the current time to receive treatment.  He would like to fully participate in the Challenge Program because he feels it may be helpful to him in his life.  He is willing to participate actively in the treatment community.

Completed by Cain, Erica CTS on 12/18/2015 14:23

**Reviewed by Mancuso, Shannon PsyD. on 12/21/2015 07:34**

## Bureau of Prisons
## Psychology Services
## Challenge Program

**SENSITIVE BUT UNCLASSIFIED**

| | | | |
|---|---|---|---|
| Inmate Name: CASEY, KENNETH | | | Reg #: 04539-043 |
| Date of Birth: 06/10/1974 | Sex: M | Race: BLACK | Facility: POL |
| Open Date: 12/18/2015 | Closed Date: 05/24/2017 | Status: Complete | Discussed: Yes |

**PGI Title:** Overall Progress

**Status:** Complete          **Last Updated:** 05/24/2017          **Last Provider:** Cain, Erica CTS

**Problem:** I have led a disordered lifestyle that has had a negative impact on many aspects of my life so I have volunteered to participate in this residential treatment program to help me address my specific problems.

**Goal:** Incorporate the principles and techniques of this treatment program to address my thinking errors and modify my problematic behaviors.

**Interventions:** - I will demonstrate full program participation as directed and reviewed by my Treatment Specialist and my Clinical Team.
- I will be on time for programming sessions and fully participate in each of the different group formats.
- I will meet my Financial Responsibility Program (FRP) obligations. If I enter FRP REFUSAL status, or refuse to make payments, I understand that this will impact the Incentive Performance Pay (IPP) I may earn for my current phase or result in my removal from the program.
- I will consistently earn job performance ratings and room sanitation inspections of "satisfactory" status or higher.
- I will maintain the confidentiality of my peers, not sharing programming activities or conversations with individuals outside of the unit.
- I will take initiative in meeting with my Treatment Specialist as needed and as requested.

**Progress Notes:**

See Treatment Summary          **Date:** 05/24/2017  **Provider:** Cain, Erica CTS
Understands concepts and demonstrates behavior(s)          **Date:** 04/10/2017  **Provider:** Cain, Erica CTS
indicative of treatment progress

Mr. Casey has made significant progress overall. His contributions to group discussions adds meaning and intellect by providing a different perspective to his peers. This greatly enriches to learning experience and "community as method" as Mr. Casey does not always agree with his peers but is never shy about self-disclosing to others providing them an example and feedback from his own life that is able to give his peers a different or alternative perspective. He does not agree with others to appease others but instead holds true to his own believes, principles, and values no matter what the setting or whom he is speaking with.

Understands concepts and demonstrates behavior(s)          **Date:** 02/08/2017  **Provider:** Cain, Erica CTS
indicative of treatment progress

Mr. Casy's overall progress in treatment is good. He is a self-starter and in doing so, displays application of the Challenge Program concepts and principles in his everyday life. The AA/NA group that he runs in going well according to his Challenge peers. Mr. Casey demonstrates leadership qualities in having volunteered to run the group and continues to excel in leading the group weekly. His participation is good and consistent each week. He is involved in the community by running the AA/NA meetings, operating the PA system, and consistently maintains a positive attitude. His up-beat rituals involve the community and are extremely up-lifting.

Understands concepts and demonstrates behavior(s)          **Date:** 12/07/2016  **Provider:** Cain, Erica CTS
indicative of treatment progress

Mr. Casey is currently a Phase III participant. His participation has always been very good. He is consistently involved in the community. He takes part in each morning meeting, self-discloses freely, and contributes to discussions during group. Recently Mr. Casey has volunteered to prepare and facilitate a topic group for the community. He plans to present in the next couple of weeks. Mr. Casey is in the process of formulating ideas for his presentation at this time. Mr. Casey has also been reaching out to the community to help others with their substance abuse and addiction. He volunteered to lead the AA/NA and is doing a great job facilitating the AA/NA group. Mr. Casey demonstrates the principles and concepts of the Challenge program through his daily interactions with others.

Understands concepts and demonstrates behavior(s)          **Date:** 10/12/2016  **Provider:** Cain, Erica CTS
indicative of treatment progress

Mr. Casey volunteers for various roles in the community. He is currently a Phase II participant. He has taken on the

| Inmate Name: | CASEY, KENNETH | | | Reg #: | 04539-043 |
|---|---|---|---|---|---|
| Date of Birth: | 06/10/1974 | Sex: M | Race: BLACK | Facility: | POL |
| Open Date: | 12/18/2015 | Closed Date: 05/24/2017 | Status: Complete | Discussed: | Yes |

role of operating the sound system for the morning meeting. This is something the wasn't asked to do but took it upon himself to help the community. Mr. Casey recently did a pull up on an assignment he received several months ago. He wanted to receive feedback from the community in regards to his procrastination of completing the assignment. Mr. Casey was receptive to the feedback and stated before the community that he would complete the assignment before his next 60 day review. Mr. Casey is doing well with his overall progress. He is a good participant and is committed to his treatment.

Understands concepts and demonstrates behavior(s) indicative of treatment progress     **Date:** 08/10/2016   **Provider:** Cain, Erica CTS

Mr. Casey takes an active role in the community. He signs up for roles in the community meetings. He has also assumed the responsibility for operating the sound system used during the community meeting. He demonstrates responsibility by tending to the sound system, setting up chairs for the community meeting, and also putting the sound system and chairs away following the morning meeting. His attendance is good and he is punctual. He pays attention during groups and provides personal examples and insight.

Understands concepts and demonstrates behavior(s) indicative of treatment progress     **Date:** 06/10/2016   **Provider:** Cain, Erica CTS

Mr. Casey attends all meetings. His attendance is good and he is punctual. Mr.Casey is currently a Phase II participant. He is taking initiative to do more in the community. Mr. Casey is learning to operate the PA system and is doing a swell job operating the PA system during the community meetings. He is still a active participant in the community and recently did a pull-up on substance abuse and his thoughts about drug use.

Displays conceptual understanding only     **Date:** 04/12/2016   **Provider:** Cain, Erica CTS

Mr. Case is currently a Phase I participant. His attendance is good and he is punctual. He attends all mandated meetings and is an active participant in the community. He signs up for roles in the Community Meeting such as: Up-Beat Ritual, Community Business, Thought Word of The Day, World News, Weather, Sports, Pull-up, Feedback. Mr. Casey is in the Activities & Entertainment service committee. He participates in his service group by formulating ideas, proposals, and executing the groups task.

Displays conceptual understanding only     **Date:** 02/11/2016   **Provider:** Cain, Erica CTS

Mr. Casey attends all mandated meetings. He is punctual and his attendance is good. He is an active participant in the community. He takes initiative in signing up for roles in the community meeting. So far, Mr. Casey has signed up for a role each week since he began phase I. He has participated in the up-beat rituals, reported the community business, did the thought word of the day, reported the news on numerous occasions, provided feedback to his peers, and has a pull-up scheduled for next week. Mr. Casey is attentive and engaged in the discussions during process group. He actively listens, provides feedback, and self-discloses to his small process group. During phase group he pays attention, completes assignments, and freely ask questions and offers insight to the subject of discussion.

**PGI Title:**   Criminal Lifestyle

**Status:** Complete          **Last Updated:** 05/24/2017     **Last Provider:** Cain, Erica CTS

**Problem:**   I have a lengthy history of rule breaking behavior. Specifically, I have had several drug charges and drug related charges. I have supported myself and family by illegal means. Furthermore, I have incurred sanctions for misconduct while I have been incarcerated. My actions demonstrate a pattern of disregard for laws and rules.

**Goal:**   I will accept responsibility for decision and actions that have led to arrest and develop higher moral and ethical standards to govern my behavior. I will adhere to institutional rules and the expected behaviors of my therapeutic community. I will internalize the need for treatment so as to change values, thoughts, feelings, and behavior to a more pro-social position.

**Interventions:**   - I will verbalize the disadvantages of unlawful behavior I have personally experienced.
- I will verbalize an understanding of the benefits, for both myself and others, of living within the laws and rules of society and the institution.
- I will identify thought patterns and beliefs I have established as a means to justify my criminal behavior, as well as exploring rational challenges for each. I will share this information with my small process group.
- I will list my behaviors and attitudes that will need to be modified in order to decrease my criminal thoughts and behaviors.
- I will behaviorally demonstrate before my peers and treatment staff the ability to apply The Five Rules of Rational Thinking to any given real or hypothetical situation.

| Inmate Name: | CASEY, KENNETH | | | Reg #: | 04539-043 |
|---|---|---|---|---|---|
| Date of Birth: | 06/10/1974 | Sex: M | Race: BLACK | Facility: | POL |
| Open Date: | 12/18/2015 | Closed Date: 05/24/2017 | Status: Complete | Discussed: | Yes |

- I will identify the Criminal Thinking Errors that I continue to struggle with the most in my in my daily life. I will identify specific examples of how these thinking errors persist in my thought patterns and continue to have an impact on my life. I will share this information with my small process group and demonstrate the skill and willingness be receptive to their constructive feedback.
- I will write a paper entitled: Before & After. The paper will be a minimum of 3 pages. This writing will describe how I once was (prior to my arrest). I will then describe how I would like to be and how I would like others to remember me.

**Progress Notes:**

See Treatment Summary      Date: 05/24/2017 Provider: Cain, Erica CTS

Understands concepts and demonstrates behavior(s)   Date: 04/10/2017 Provider: Cain, Erica CTS
indicative of treatment progress

Mr. Casey often sets himself apart, at times, as he does not always agree with his peers but is never shy about self-disclosing to others by providing them an example and feedback from his own life experiences which ultimately provides his peers with a different or alternative perspective. He does not agree with others to appease others but instead holds true to his own believes, principles, and values no matter what the setting or whom he is speaking with. His consistency is not always welcomed by his peers as he does not jump on any "band wagon" but rather discusses ideas, concepts, views, and thoughts appropriately. He is able to successfully resolve conflict in utilizing this type of assertive, open, honest, and respectful communication.

Understands concepts and demonstrates behavior(s)   Date: 02/08/2017 Provider: Cain, Erica CTS
indicative of treatment progress

Mr. Casey follows the rules of the Challenge Program and the institution. He maintains incident free conduct. Recently, while on lockdown, Mr. Casey's Primary Treatment Specialist asked him what he was reading. He said, "The Bible is all I need. It keeps m focused and helps me to be a better person." Mr. Casey came into the program with different views. In the beginning, he defended his former criminal lifestyle by mollifying and rationalizing. Throughout this process, Mr. Casey's views have changed. He no longer sees his former criminal lifestyle as anything other than criminal. He understands the negative impact that lifestyle has had on him and his family. Mr. Casey has had a difficult time coming to terms with the harm that he has caused his family. However, he has faced his fears and stepped outside his comfort zone and is ready to move forward with changed behavior and changed thinking in order to be a better husband and father to his children.

Understands concepts and demonstrates behavior(s)   Date: 12/07/2016 Provider: Cain, Erica CTS
indicative of treatment progress

Mr. Casey sometimes struggles with awfulizing due to his 480 month sentence. Mr. Casey relies on Challenge program principles and concepts to cope with the thinking error awfulizing. He is making an effort to make the most of his time and make self-improvements.

Understands concepts and demonstrates behavior(s)   Date: 10/12/2016 Provider: Cain, Erica CTS
indicative of treatment progress

Mr. Casey struggles with entitlement. For example, Mr. Casey feels that inmates don't receive enough phone minutes and he should receive more. Mr. Casey has reprioritized his phone use and is now able to manage the minutes he receives with more ease.

Understands concepts and demonstrates behavior(s)   Date: 08/10/2016 Provider: Cain, Erica CTS
indicative of treatment progress

Mr. Casey knows the criminal thinking errors. He reports that he struggles with mollification. For example, Mr. Casey reports that during the most recent lockdown he felt the urge to yell and beat on the door. He reports that he wanted to because other people were yelling and beating on the door. He realized in that moment that was mollifying for that behavior and chose not to act on that thought.

Demonstrates problems in this area     Date: 06/10/2016 Provider: Cain, Erica CTS

Mr. Casey struggles with criminal thinking in regards to his drug use. He reports that he feels drug use is okay if your at home and not harming anyone. Mr. Casey continues to struggle with this thought. However, in others aspects of his life he is able to identify criminal thinking. He recently did a pull-up in regards to substance use in relation to his criminal thinking. He was receptive to feedback from his peers. He has yet to ask his wife and children how his drug use effected them. He reports that his family plans to come visit this Sunday, June 12, 2016 and he intends to ask them during the visit how his drug use effected them. He has been advised to ask them and to also request a letter from them in regards to this issue if they do not feel comfortable talking about it.

| | | | | |
|---|---|---|---|---|
| **Inmate Name:** CASEY, KENNETH | | | | **Reg #:** 04539-043 |
| **Date of Birth:** 06/10/1974 | **Sex:** M | | **Race:** BLACK | **Facility:** POL |
| **Open Date:** 12/18/2015 | **Closed Date:** 05/24/2017 | | **Status:** Complete | **Discussed:** Yes |

Displays conceptual understanding only          **Date:** 04/12/2016  **Provider:** Cain, Erica CTS

Mr. Casey maintains incident free conduct while in the Challenge Program. He is able to cope with situations calmly, appropriately, confidently, and with ease. This is evidenced by:

Mr. Casey reports that on the basketball court he made a comment to another player that the other player found offensive. Mr. Casey reports that he stopped and used the 5 rules of rational thinking and this enabled him to resolve the conflict and achieve a desirable consequence.

Mr. Casey shared this situation and cognitive process in his small process group.

Displays conceptual understanding only          **Date:** 02/11/2016  **Provider:** Cain, Erica CTS

Mr. Casey follows the rules of the Challenge Program and the rules of the institution. He maintains incident free conduct while in the Challenge Program. He is currently a Phase I program participant and is working on the #2 Journal: Rational thinking. The five rules of rational thinking is what he reports to use the most in order to keep him out of conflict with others. He maintains goal directed behavior. He has identified his short and long-term goals and is able to utilize program tools and techniques such as the 8 positive attitudes to maintain his goal focus.

**PGI Title:**   Substance Abuse

**Status:** Complete          **Last Updated:** 05/24/2017      **Last Provider:** Cain, Erica CTS

**Problem:**       I have a history of using marijuana and cocaine. I have identified that my use has negatively impacted areas

of my life including work, school, and legal problems. Although, I do not feel I'm addicted to drugs, I was addicted to money & chasing the money. I want to participate in the Challenge program because I feel it will help me in other areas of my life.

**Goal:**          I will honestly evaluate and acknowledge my substance abuse. I will improve my quality of life by maintaining

an ongoing abstinence from all mood-altering chemicals. I will acquire the necessary skills to maintain longterm sobriety from all mood-altering substances and live a life free of chemicals..

**Interventions:**  - I will describe the amount, frequency, and history of my substance use.

- I will identify the ways being sober could positively impact my life.

- I will identify the negative consequences of my substance use, sharing them specifically with my small process group.

- I will write a good-bye letter to my drug(s) of choice, telling it (them) why it (they) must go. I will share this letter with my small process group.

- I will identify and list thoughts and situations (triggers) that place me at risk for relapse. I will share this information with my small process group, seeking feedback from them as to ways to manage these issues in order to sustain my recovery.

- I will I explore possible coping skills I could have used in situations in the past where I made drugs and alcohol my coping skill.

- I will attend weekly N/A groups offered in the unit to practice maintaining a personal recovery program.

- I will define: Values, Principles, Beliefs, and Lifestyle Balance. I will further explore what my values, principles, beliefs, and lifestyle balance are.

- I will make a list of the social, emotional, and family factors that contribute to my substance abuse, substance selling, and criminal activities.

- I will consult with my small process group about addictive behaviors. I will then write a 2 page summary on the "cost" of me selling drugs. I will note how my actions affected others that I care about.

**Progress Notes:**

See Treatment Summary                    **Date:** 05/24/2017  **Provider:** Cain, Erica CTS

Understands concepts and demonstrates behavior(s)   **Date:** 04/10/2017  **Provider:** Cain, Erica CTS
indicative of treatment progress

Mr. Casey is still leading the AA/NA meetings after program hours each week on Wednesdays. Through his daily interactions, effort, and participation it is evident that Mr. Cases is committed to his treatment and maintaining his sobriety. He is also invest in the Challenge Program.

Understands concepts and demonstrates behavior(s)   **Date:** 02/08/2017  **Provider:** Cain, Erica CTS
indicative of treatment progress

Mr. Casey runs the AA/NA group in the Challenge unit after program hours. He no longer mollifies or tries to justify

| | | | |
|---|---|---|---|
| **Inmate Name:** CASEY, KENNETH | | | **Reg #:** 04539-043 |
| **Date of Birth:** 06/10/1974 | **Sex:** M | **Race:** BLACK | **Facility:** POL |
| **Open Date:** 12/18/2015 | **Closed Date:** 05/24/2017 | **Status:** Complete | **Discussed:** Yes |

his former life of substance abuse as he once did early on in his treatment. He has fully realized the extent of the negative impact his substance abuse has had on his wife and children and appears to be very remorseful. He is trying to make amends to his family by changing his behavior.

Understands concepts and demonstrates behavior(s) indicative of treatment progress   **Date:** 12/07/2016   **Provider:** Cain, Erica CTS

Mr. Casey maintains a drug-free lifestyle. He also volunteered to be in charge of the AA/NA group that meets in this unit after program hours.

Understands concepts and demonstrates behavior(s) indicative of treatment progress   **Date:** 10/12/2016   **Provider:** Cain, Erica CTS

Mr. Casey's drug of choice was cocaine. He attends AA/NA after hours in the Challenge unit. He recently did an interview to attend non residential drug education at USP Pollock. He has also has shown an interest in becoming the AA/NA facilitator in the Challenge unit.

Understands concepts and demonstrates behavior(s) indicative of treatment progress   **Date:** 08/10/2016   **Provider:** Cain, Erica CTS

Mr. Casey maintains a drug-free lifestyle. Mr. Casey was teamed on April 27, 2016 and was advised at that time to ask his adult children and wife how his drug use impacted them. On the day of Mr. Casey's last 60 day review (June 10, 2016) he was questioned about this assignment. Mr. Casey reported at that time that he intended to ask his family this question on their upcoming visit the following weekend. Sixty days later on this date (August 10, 2016) Mr. Casey still has yet to ask his family the question he was advised to ask them on April 27, 2016. Mr. Casey was advised again on this date to  ask his adult children and wife how his drug use impacted them. Mr. Casey plans to send his adult children and his wife an email following this 60 day review meeting with his treatment specialist. He is going to ask them, "How did my drug use impact you." He plans to receive an email back from each of them and/or have them answer during his next visit which is this Saturday, August 13, 2016. He is nervous about their reply.

Demonstrates problems in this area   **Date:** 06/10/2016   **Provider:** Cain, Erica CTS

Mr. Casey maintains a drug free lifestyle.  He intends to ask his family how his drug use effected each of them. He currently struggles with some criminal thinking when it comes to drug use, such as he feels drug use is okay as long as you are at home and not hurting anyone.  He has been open and honest about his thoughts on drug use. However, it should be noted that Mr. Casey is able to identify criminal thinking in other areas of his life.

Displays conceptual understanding only   **Date:** 04/12/2016   **Provider:** Cain, Erica CTS

Mr. Casey maintains a drug-free lifestyle while in the Challenge Program. He maintains his sobriety by:  physical exercise, plays basketball, reads his bible, and has signed up for other cognitively enriching classes/programs.  Mr. Casey has completed the Reviewing My Drug Use journal and has found that reviewing his drug history has enabled him to not make the same mistakes he made in the past.

Displays conceptual understanding only   **Date:** 02/11/2016   **Provider:** Cain, Erica CTS

Mr. Casey maintains that he was not addicted to drugs. However, he struggled with the addiction of "fast money". He sold drugs to maintain his lifestyle. Mr. Casey is currently on a waiting list to attend the Drug Education Program at FCC Pollock. He is currently learning some new coping skills in his journals such as identifying the criminal thinking errors, RSAs, and the five rules of rational. He does not attend AA or NA but has been advised by his Primary Treatment Specialist to do so.

**PGI Title:** Other

**Status:** Complete       **Last Updated:** 05/24/2017   **Last Provider:** Cain, Erica CTS

**Problem:** Impulsivity -  My impulsive behavior caused me to make bad decisions. Those decisions are usually associated with entitlement issues and acting before thinking rationally.

**Goal:** I will reduce the frequency of impulsive behavior and increase the frequency of carefully thought out behavior

**Interventions:** - I will identify the negative consequences that are caused by impulsive behavior.
- I will identify the thoughts that trigger impulsive behavior and replace each with a thought that is positive, self-adapting and enhancing.
- I will understand and identify the concept of entitlement and the negative consequences that are derived from that criminal thinking error.
- I will learn and practice effective ways to cope with confrontation on disagreements with others.
- I will preform weekly attitude checks and discuss my behaviors during small process group.

**Progress Notes:**

| Inmate Name: CASEY, KENNETH | | Reg #: 04539-043 |
|---|---|---|
| Date of Birth: 06/10/1974   Sex: M | Race: BLACK | Facility: POL |
| Open Date: 12/18/2015   Closed Date: 05/24/2017 | Status: Complete | Discussed: Yes |

See Treatment Summary                                    **Date:** 05/24/2017  **Provider:** Cain, Erica CTS
Understands concepts and demonstrates behavior(s)   **Date:** 04/10/2017  **Provider:** Cain, Erica CTS
indicative of treatment progress

    Mr. Casey reports that this program has taught him to combat his impulsivity. He further explains how he has realized the damaging consequences that has resulted from his old habit of being impulsive. Now he reports that he prefers to weigh the risk versus the reward before acting as he does not want to do anything that is going to cause harm to himself, family, or others. He discusses in his small process group regularly how impulsivity has negatively impacted his life and health.

Understands concepts and demonstrates behavior(s)   **Date:** 02/08/2017  **Provider:** Cain, Erica CTS
indicative of treatment progress

    Mr. Casey has been in some heated discussions throughout his treatment as treatment is sometimes difficult and such a large group of men have varying views and ideas. He does not act on impulse in such discussions. He practices assertive communication in expressing his opinions, beliefs, and experiences. He is able to convey his thoughts in a respectable, appropriate manner while practicing the positive attitude of open-mindedness - listening to his peers although he may not agree with them. He has not exhibited any impulsive hostility even when tension presents itself.

Understands concepts and demonstrates behavior(s)   **Date:** 12/07/2016  **Provider:** Cain, Erica CTS
indicative of treatment progress

    Mr. Casey has slowed down his thought process when it comes to any unpleasant feelings or conflict. He reports that he has learned to weigh the risk versus the reward. Mr. Casey understands the cost of impulsivity and thus, makes a conscious effort to not react quickly but to articulate his thoughts and responses.

Understands concepts and demonstrates behavior(s)   **Date:** 10/12/2016  **Provider:** Cain, Erica CTS
indicative of treatment progress

    Mr. Casey uses the five rules of rational thinking to help him with impulsivity. Recently he was trying to get to commissary and while crossing the compound a correctional officer sent him back to his unit and would not let him go to commissary even though he had permission from Challenge Program Coordinator. Mr. Casey was angry but instead of immediately reacting he stopped and used the five rules of rational thinking to prevent conflict with the office.

Understands concepts and demonstrates behavior(s)   **Date:** 08/10/2016  **Provider:** Cain, Erica CTS
indicative of treatment progress

    Mr. Casey is making progress in this area as evidenced by his ability to recognize criminal thinking errors such as mollification. He is also able to not act on impulsive thoughts such as yelling and beating on the door during lockdown.

Understands concepts and demonstrates behavior(s)   **Date:** 06/10/2016  **Provider:** Cain, Erica CTS
indicative of treatment progress

    Mr. Casey reports that he relies on the Five Rules of Rational Thinking to help him with impulsivity. He further explains that he really had to learn and comprehend the Five Rules of Rational Thinking to be able to use it effectively. He demonstrates application of the concepts as evidenced by him getting stuck in medical and remaining calm until the next move. He reports that in the past he might have been really frustrated and might have said things that were not productive or helpful.

Displays conceptual understanding only                   **Date:** 04/12/2016  **Provider:** Cain, Erica CTS

    Mr. Casey is paying attention to his behavior patterns and thought processes to make carefully thought out choices of behavior. This is evidenced by his ability to cope with a potentially hostile situation on the basketball court. He was not at all impulsive. He though carefully about his response before he acted. He was then able to peacefully resolve the conflict.

Displays conceptual understanding only                   **Date:** 02/11/2016  **Provider:** Cain, Erica CTS

    Mr. Casey reports that in the past, he has made decisions abruptly. In learning the Challenge Program material he is better able to examine his thinking, make better decisions, and think more rationally. Mr. Casey reports that the five rules of rational thinking help him to rationally challenge his irrational beliefs and change the irrational beliefs into beliefs that are rational. Examining his thinking and being more rational has drastically decreased his impulsivity.

| | | |
|---|---|---|
| Inmate Name: CASEY, KENNETH | | Reg #: 04539-043 |
| Date of Birth: 06/10/1974   Sex: M   Race: BLACK | | Facility: POL |
| Open Date: 12/18/2015   Closed Date: 05/24/2017   Status: Complete | | Discussed: Yes |

**PGI Title:** Parenting

**Status:** Complete          **Last Updated:** 05/24/2017     **Last Provider:** Cain, Erica CTS

**Problem:** I have failed to live my life in a manner that benefits my children. My children have been negatively affected because I placed my wants and desires over the needs of my children.

**Goal:** Accept responsibility for being a parent, improve my parenting skills, and enhance my relationships with my children.

**Interventions:** - I will express feelings of frustration, helplessness, and inadequacy that I experience due to physical separation from my children in small process group.
- I will establish boundaries with my children, consistently being honest and not committing to things which I am unable to follow through with.
- I will verbalize a sense of increased skill, effectiveness, and confidence in my parenting skills by attending the parenting class that is offered in Education.
- I will write each of my children at least once a week and ask them about themselves. I will not focus on my wants and needs but instead show an interest in their lives. I will let them know that I love and miss them.

**Progress Notes:**

See Treatment Summary          **Date:** 05/24/2017  **Provider:** Cain, Erica CTS
Understands concepts and demonstrates behavior(s)   **Date:** 04/10/2017  **Provider:** Cain, Erica CTS
indicative of treatment progress
    Mr. Casey maintains close relationships with all of his children. He maintains consistent contact with his wife and children. He admits that the Challenge Program has provided him with the opportunity to further grow in his relationships with his wife and children.

Understands concepts and demonstrates behavior(s)   **Date:** 02/08/2017  **Provider:** Cain, Erica CTS
indicative of treatment progress
    Mr. Casey continues to maintain a close relationship with his children. In treatment, he has come to realize that his criminal lifestyle and substance use negatively impacted his children more than he ever knew. He is now trying to make amends with his children by changing his behavior. He continues to consistently call and write his children. He strives to be a positive role model to his children by applying the Challenge Program concepts and principles to his everyday life.

Understands concepts and demonstrates behavior(s)   **Date:** 12/07/2016  **Provider:** Cain, Erica CTS
indicative of treatment progress
    Mr. Casey recently had a very important discussion with his children in regards to how his drug use impacted their lives. Mr. Casey put the conversation off for a very long time as he was afraid to find out how his use impacted his children. Mr. Casey found the response heartbreaking but also felt encouraged and was also pleased that his children used the negative experiences inflicted by Mr. Casey as a guide as to what not to do in their lives. Mr. Casey talks with his children and his wife regularly. He has a close relationship with his family. He talks to his wife daily. He has open communication with his family.

Understands concepts and demonstrates behavior(s)   **Date:** 10/12/2016  **Provider:** Cain, Erica CTS
indicative of treatment progress
    Mr. Casey was given an assignment several months ago during his team meeting. He was told to ask his wife and children (the older children) how his drug use impacted their lives. Mr. Casey put the assignment off for a long time. In his last 60 day review Mr. Casey stated that he was afraid to know the answer. On October 8th and October 9th 2016 Mr. Casey received e-mails from both of his sons and his wife in regards to this question/assignment. Mr. Casey reports that he found out things from them that he never wanted to hear. Mr. Casey reports that this information has been a real "eye opener." He originally thought that his drug use did not have any negative effect on his life or his families. He previously stated earlier in his treatment, "if I'm sitting at home using drugs, not out in the street robbing and hurting people, how is my drug use bad?" He stated on this date for his 60 day review he now sees things differently. He reports that he now realizes the damaging consequences of his drug use and how much his drug use negatively effected his family.

Understands concepts and demonstrates behavior(s)   **Date:** 08/10/2016  **Provider:** Cain, Erica CTS
indicative of treatment progress
    Mr. Casey keeps in contact with his children and offers words of encouragement. Mr. Casey is very concerned

| Inmate Name: | CASEY, KENNETH | | | Reg #: | 04539-043 |
| Date of Birth: | 06/10/1974 | Sex: | M | Race: BLACK | Facility: POL |
| Open Date: | 12/18/2015 | Closed Date: 05/24/2017 | | Status: Complete | Discussed: Yes |

about the possibility of his adult son using drugs. Mr. Casey is extremely fearful of asking his family, "How did my drug use impact you?" He feels like he knows the answer and is afraid that his drug use may have lead his children to use.

**Understands concepts and demonstrates behavior(s)**      **Date:** 06/10/2016   **Provider:** Cain, Erica CTS
**indicative of treatment progress**

Mr. Casey is in close contact with his children. His wife and children are planning to come visit him this Sunday, June 12, 2016. He plans to ask his older children and his wife, "How has my drug use influenced your life - what effect did my drug use have on you?"

**Displays conceptual understanding only**      **Date:** 04/12/2016   **Provider:** Cain, Erica CTS

Mr. Casey maintains close contact with his children. His children visit regularly. Mr. Casey e-mails his children as well. He has signed up for the Parenting class at USP Pollock and is currently on the waiting list to attend the Parenting class.

**Displays conceptual understanding only**      **Date:** 02/11/2016   **Provider:** Cain, Erica CTS

Mr. Casey has 7 children total. Mr. Casey maintains contact with all seven of his children. He maintains contact via email, telephone, and visits. He reports that he maintains a good relationship with his children. He inquires about their lives when he speaks to them. Mr. Casey e-mails each of his children daily. He has been advised by his Primary Treatment Specialist to inquire and sign up to complete the Parenting Class offered at FCC Pollock. He has also been advised by his Primary Treatment Specialist to read more books about parenting and discuss parenting issues in his small process group.

**Comments:**

See Treatment Summary

# Bureau of Prisons
# Psychology Services
# Challenge - Administrative Note

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | CASEY, KENNETH | | | | Reg #: | 04539-043 |
| Date of Birth: | 06/10/1974 | Sex: | M | Facility: POL | Unit Team: | A1 |
| Date: | 11/25/2015 11:30 | Provider: | Hastings, Jessica | | | |

## Comments

Mr. Casey was inappropriate while presenting the News during the Morning Meeting today.

Specifically, Mr. Casey had previously signed up to present the news during today's Morning Meeting. When the time came to do so, Mr. Casey presented at the microphone and spoke at length about the police officer in Chicago who was arrested and charged with murder after shooting a black teenager. Mr. Casey provided statistics about the higher likelihood of black males to be shot by police officers than white males. He also spent time discussing statistics of the American public about racism.

While Mr. Casey's news certainly has relevance, it is not appropriate to present during the Morning Meeting. His reports appeared to be attempts to portray police in a negative light, as well as an effort to provoke racial divide amongst the community, comprised of men of different races and ethnicity.

Mr. Casey's primary Treatment Specialist was present for this incident. Should further occurrences transpire, Mr. Casey will be at risk for a Formal Program Warning and be scheduled for a Clinical Team Meeting with Treatment Staff.

Completed by Hastings, Jessica MA/Treatment Spec on 11/25/2015 13:00

**Bureau of Prisons**        **SENSITIVE BUT UNCLASSIFIED**
**Psychology Services**
**Group Participation**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | CASEY, KENNETH | | | Reg #:   04539-043 |
| Date of Birth: | 06/10/1974 | Sex:   M | Facilitator: | (P)Cain, Erica CTS |
| Date: | 04/01/2015 | Group Facility:   POL | Group Title: | [77] Caseload Hours - Mrs. Cain |

| | | |
|---|---|---|
| Status: | Completed | |
| Enroll Date: | 11/19/2015 | End Date:   05/19/2017 |
| Total Hours: | 591.91 | |

## SESSION DATA:

Number of Sessions:  75      First Session Date:   11/20/2015      Last Session Date:  05/19/2017

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 05/19/2017 | Programming Hours ~ Week of 05/15/2017 - 05/19/2017 | 780 | Complete Session | Good | Satisfactory |
| 05/12/2017 | Programming hours ~ Week of 05/08/2017 - 05/12/2017 | 840 | Complete Session | Good | Satisfactory |
| 05/05/2017 | Programming Hours ~ Week of 05/01/2017 - 05/05/2017 | 690 | Incomplete Session | Good | Satisfactory |
| 04/28/2017 | Programming Hours ~ Week of 04/24/2017 - 04/28/2017 | 600 | Complete Session | Fair | Satisfactory |
| 04/21/2017 | Programming Hours ~ Week of 04/17/2017 - 04/21/2017 | 375 | Incomplete Session | Fair | Satisfactory |
| 04/14/2017 | Programming Hours ~ Week of 04/10/2017 - 04/14/2017 | 705 | Complete Session | Fair | Satisfactory |
| 04/07/2017 | Programming Hours ~ Week of 04/03/2017 - 04/07/2017 | 240 | Complete Session | Fair | Satisfactory |
| 03/31/2017 | Programming Hours ~ Week of 03/27/2017 - 03/31/2017 | 780 | Complete Session | Fair | Satisfactory |
| 03/24/2017 | Programming Hours ~ Week of 03/20/2017 - 03/24/2017 | 600 | Complete Session | Fair | Satisfactory |
| 03/17/2017 | Programming Hours ~ 03/13/2017 - 03/17/2017 | 720 | Complete Session | Fair | Satisfactory |
| 03/10/2017 | Programming Hours ~ Week of 03/06/2017 - 03/10/2017 | 840 | Complete Session | Fair | Satisfactory |
| 03/03/2017 | Programming Hours ~ Week of 02/27/2017 - 03/03/2017 | 360 | Complete Session | Fair | Satisfactory |
| 02/24/2017 | Programming Hours ~ Week of 02/20/2017 - 02/24/2017 | 420 | Complete Session | Good | Satisfactory |
| 02/17/2017 | Programming Hours ~ Week of 02/13/2017 - 02/17/2017 | 720 | Complete Session | Fair | Satisfactory |
| 02/10/2017 | Programming Hours ~ Week of 02/06/2017 - 02/10/2017 | 60 | Absent Excused | Fair | Satisfactory |
| 02/03/2017 | Programming Hours ~ Week of 01/30/2017 - 02/03/2017 | 0 | Absent Excused | Not Apply | Not Apply |
| 01/30/2017 | Programming Hours ~ Week of 01/09/2017 - | 630 | Incomplete Session | Good | Satisfactory |

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CASEY, KENNETH | | | Reg #: | 04539-043 |
| Date of Birth: | 06/10/1974 | Sex:  M | Facilitator: | (P)Cain, Erica CTS | |
| Date: | 04/01/2015 | Group Facility:  POL | Group Title: | [77] Caseload Hours - Mrs. Cain | |

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 01/27/2017 | 01/13/2017<br>Programming Hours ~<br>Week of 01/23/2017 -<br>01/27/2017 | 0 | Absent Excused | Not Apply | Not Apply |
| 01/20/2017 | Programming Hours ~<br>Week of 01/16/2017 -<br>01/20/2017 | 0 | Absent Excused | Not Apply | Not Apply |
| 01/13/2017 | Programming Hours ~<br>Week of 01/02/2017 -<br>01/06/2016 | 375 | Incomplete Session Not | Good | Satisfactory |
| 12/30/2016 | Programming Hours ~<br>Week of 12/26/2016 -<br>12/30/2016 | 300 | Complete Session | Good | Satisfactory |
| 12/23/2016 | Programming Hours ~<br>Week of 12/19/2016 -<br>12/23/2016 | 570 | Complete Session | Good | Satisfactory |
| 12/16/2016 | Programming Hours ~<br>Week of 12/12/2016 -<br>12/16/2016 | 570 | Complete Session | Good | Satisfactory |
| 12/09/2016 | Programming Hours ~<br>Week of 12/05/2016 -<br>12/09/2016 | 480 | Complete Session | Good | Satisfactory |
| 12/02/2016 | Programming Hours ~<br>Week of 11/28/2016 -<br>12/02/2016 | 630 | Complete Session | Good | Satisfactory |
| 11/25/2016 | Programming Hours ~<br>Week of 11/21/2016 -<br>11/25/2016 | 240 | Complete Session | Good | Satisfactory |
| 11/18/2016 | Programming Hours ~<br>Week of 11/14/2016 -<br>11/18/2016 | 510 | Complete Session | Good | Satisfactory |
| 11/11/2016 | Programming Hours ~<br>Week of 11/07/2016 -<br>11/11/2016 | 480 | Complete Session | Good | Satisfactory |
| 11/04/2016 | Programming Hours ~<br>Week of 10/31/2016 -<br>11/04/2016 | 270 | Complete Session | Good | Satisfactory |
| 10/25/2016 | Programming Hours ~<br>Week of 10/17/2016 -<br>10/21/2016 | 540 | Complete Session | Good | Satisfactory |
| 10/14/2016 | Programming Hours ~<br>Week of 10/10/2016 -<br>10/14/2016 | 720 | Complete Session | Good | Satisfactory |
| 10/07/2016 | Programming Hours ~<br>Week of 10/03/2016 -<br>10/07/2016 | 720 | Incomplete Session Not | Fair | Satisfactory |
| 09/30/2016 | Programming Hours ~<br>Week of 09/26/2016 -<br>09/30/2016 | 900 | Complete Session | Good | Satisfactory |
| 09/23/2016 | Programming Hours ~<br>Week of 09/19/2016 -<br>09/23/2016 | 585 | Complete Session | Good | Satisfactory |
| 09/16/2016 | Programming Hours ~<br>Week of 09/12/2016 -<br>09/16/2016 | 630 | Complete Session | Good | Satisfactory |
| 09/09/2016 | Programming Hours ~<br>Week of 09/05/2016 -<br>09/09/2016 | 510 | Complete Session | Good | Satisfactory |
| 09/09/2016 | Programming Hours ~<br>Week of 08/29/2016 - | 180 | Absent Excused | Good | Satisfactory |

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | CASEY, KENNETH | | | | **Reg #:** | 04539-043 |
| Date of Birth: | 06/10/1974 | **Sex:** | M | **Facilitator:** | (P)Cain, Erica CTS | |
| Date: | 04/01/2015 | **Group Facility:** POL | | **Group Title:** | [77] Caseload Hours - Mrs. Cain | |

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 08/26/2016 | 09/02/2016<br>Programming Hours ~<br>Week of 08/22/2016 -<br>08/26/2016 | 270 | Incomplete Session | Good | Satisfactory |
| 08/19/2016 | Programming Hours ~<br>08/15/2016 - 08/19/2016 | 540 | Complete Session | Good | Satisfactory |
| 07/29/2016 | Programming Hours ~<br>07/29/2016 - 07/29/2016 | 0 | Absent Excused | Not Apply | Not Apply |
| 07/15/2016 | Programming Hours ~<br>Week of 07/11/2016 -<br>07/15/2016 | 630 | Complete Session | Good | Satisfactory |
| 07/08/2016 | Programming Hours ~<br>Week of 07/04/2016 -<br>07/08/2016 | 600 | Complete Session | Good | Satisfactory |
| 07/01/2016 | Programming Hours ~<br>Week of 06/27/2016 -<br>07/01/2016 | 900 | Complete Session | Good | Satisfactory |
| 06/24/2016 | Programming Hours ~<br>Week of 06/20/2016 -<br>06/24/2016 | 360 | Complete Session | Good | Not Apply |
| 06/17/2016 | Programming Hours ~<br>Week of 06/13/2016 -<br>06/17/2016 | 660 | Complete Session | Good | Not Apply |
| 06/10/2016 | Programming Hours ~<br>Week of 06/06/2016 -<br>06/10/2016 | 420 | Complete Session | Good | Not Apply |
| 06/03/2016 | Programming Hours ~<br>Week of 05/30/2016 -<br>06/03/2016 | 720 | Complete Session | Good | Not Apply |
| 05/27/2016 | Programming Hours ~<br>Week of 05/23/2016 -<br>05/27/2016 | 420 | Complete Session | Good | Not Apply |
| 05/20/2016 | Programming Hours ~<br>Week of 05/16/2016 -<br>05/20/2016 | 0 | Absent Excused | Not Apply | Not Apply |
| 05/13/2016 | Programming Hours ~<br>Week of 05/09/2016 -<br>05/13/2016 | 120 | Complete Session | Good | Satisfactory |
| 05/06/2016 | Programming Hours ~<br>Week of 05/02/2016 -<br>05/06/2016 | 240 | Complete Session | Good | Satisfactory |
| 04/29/2016 | Programming Hours ~<br>Week of 04/25/2016 -<br>04/29/2016 | 180 | Complete Session | Good | Not Apply |
| 04/22/2016 | Programming Hours ~<br>Week of 04/18/2016 -<br>04/22/2016 | 665 | Complete Session | Good | Satisfactory |
| 04/15/2016 | Programming Hours ~<br>Week 04/11/2016 -<br>04/15/2016 | 720 | Complete Session | Fair | Satisfactory |
| 04/08/2016 | Programming Hours ~<br>Week of 04/04/2016 -<br>04/08/2016 | 780 | Complete Session | Good | Satisfactory |
| 04/01/2016 | Programming Hours ~<br>Week of 03/28/2016 -<br>04/01/2016 | 390 | Complete Session | Good | Satisfactory |
| 03/25/2016 | Programming Hours ~<br>Week 03/21/2016 -<br>03/25/2016 | 540 | Complete Session | Good | Satisfactory |
| 03/18/2016 | Programming Hours ~ | 0 | Absent Excused | Not Apply | Not Apply |

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | CASEY, KENNETH | | | | Reg #: | 04539-043 |
| Date of Birth: | 06/10/1974 | Sex: M | Facilitator: | (P)Cain, Erica CTS | | |
| Date: | 04/01/2015 | Group Facility: POL | Group Title: | [77] Caseload Hours - Mrs. Cain | | |

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 03/11/2016 | Week of 03/14/2016 - 03/18/2016 Programming Hours ~ | 0 | Absent Excused | Not Apply | Not Apply |
| 03/04/2016 | Week of 03/07/2016 - 03/11/2016 Programming Hours ~ | 0 | Absent Excused | Not Apply | Not Apply |
| 02/26/2016 | Week of 02/29/2016 - 03/04/2016 Programming Hours ~ | 660 | Complete Session | Good | Satisfactory |
| 02/19/2016 | Week of 02/22/2016 - 02/26/2016 Programming Hours ~ | 480 | Complete Session | Good | Satisfactory |
| 02/12/2016 | Week of 02/16/2016 - 02/19/2016 Programming Hours ~ | 690 | Complete Session | Fair | Satisfactory |
| 02/05/2016 | Week of 02/08/2016 - 02/12/2016 Programming Hours ~ | 390 | Complete Session | Fair | Satisfactory |
| 01/29/2016 | Week of 02/01/2016 - 02/05/2016 Programmin Hours ~ Week of 01/25/2016 - 01/29/2016 | 840 | Complete Session | Fair | Satisfactory |
| 01/22/2016 | Programming Hours ~ Week of 01/19/2016 - 01/22/2016 | 600 | Complete Session | Fair | Satisfactory |
| 01/15/2016 | Programming Hours ~ Week of 01/11/2016 - 01/15/2016 | 800 | Complete Session | Fair | Satisfactory |
| 01/08/2016 | Programming Hours ~ Week of 01/04/16 - 01/08/16 | 450 | Complete Session | Fair | Satisfactory |
| 12/31/2015 | Programmin Hours ~ Week of 12/28/2015 - 12/31/2015 | 570 | Complete Session | Fair | Satisfactory |
| 12/24/2015 | Programming Hours ~ Week of 12/21/2015 - 12/24/2015 | 255 | Complete Session | Fair | Satisfactory |
| 12/18/2015 | Programming Hours ~ Week of 12/14/2015 - 12/18/2015 | 465 | Complete Session | Fair | Satisfactory |
| 12/11/2015 | Programming Hours ~ Week of 12/07/2015 12/11/2015 | 600 | Complete Session | Fair | Satisfactory |
| 12/04/2015 | Programming Hours ~ Week of 11/30/2015 12/04/2015 | 600 | Complete Session | Fair | Satisfactory |
| 11/27/2015 | Programming Hours ~ Week of 11/23/2015 - 11/27/2015 | 330 | Complete Session | Fair | Satisfactory |
| 11/20/2015 | Programming Hours ~ Week of 11/16/2015 - 11/20/2015 | 60 | Incomplete Session | Fair | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 77.3 % | Good | 54.7 % | Not Apply | 20.0 % |
| Incomplete Session Excused | 6.7 % | Fair | 34.7 % | Satisfactory | 80.0 % |
| Incomplete Session Not Excused | 2.7 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Absent Excused | 13.3 % | Not Apply | 10.7 % | | |
| Absent Not Excused | 0.0 % | | | | |

| Inmate Name: | CASEY, KENNETH | | Reg #: | 04539-043 |
| Date of Birth: | 06/10/1974 | Sex: M | Facilitator: | (P)Cain, Erica CTS |
| Date: | 04/01/2015 | Group Facility: POL | Group Title: | [77] Caseload Hours - Mrs. Cain |

## TEST DATA:

| Date | Title | Type | Score |
|------|-------|------|-------|
| 01/06/2016 | Tx Group 10 - Orientation Knowledge & Application Assessment | Posttest | 78% |

## COMMENTS:

| Date | Provider |
|------|----------|

05/11/2017   Cain, Erica CTS

05/05/2017 - Mr. Casey lost 30 minutes of the 3rd hour of treatment on this date due to visitation.  His absence is excused.

04/26/2017   Cain, Erica CTS

04/17/2017 - Mr. Casey was missed 45 minutes of the 3rd hour of programming on this date.  He was present for 15 minutes of the 3rd hour of programming on this date.  His weekly minutes will reflect the time missed.  However, this will be considered an excused absence as he had a call-out for religious services.

01/26/2017   Cain, Erica CTS

01/10/2017   Mr. Casey was absent from the entire day of programming due to having a call-out to attend medical/hospital. While his hours will be deducted for the time missed, his absence will be considered excused.

01/13/2017   Cain, Erica CTS

01/03/2017: Mr. Casey was absent from part of the Morning Meeting today. Mr. Casey's weekly programming hours will reflect a deduction for the time he missed; however, his absence will be considered unexcused.

## Bureau of Prisons
## Psychology Services
## Challenge - Screening Summary

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | CASEY, KENNETH | | | | Reg #: | 04539-043 |
| Date of Birth: | 06/10/1974 | Sex: | M | Facility:  POL | Unit Team: | A |
| Date: | 10/29/2015 10:51 | Provider: | Orzech, James Treatment Spec | | | |

### Comments

On October 29, 2015, an interview was conducted with this inmate to discuss the Challenge program. During the interview he presented himself as definitely wanting to change some attitudes and life skills before he gets released. He was advised that all participants must have completed all phases of the Challenge program before he is eligible to transfer to another facility.

He acknowledged that he would benefit from this program and would like to participate in the Challenge Program and stated that he has had a past substance abuse problem.

Completed by Orzech, James Treatment Spec on 10/30/2015 10:52

# Suicide Companion Documentation



U.S. Department of Justice

Federal Bureau of Prisons

_Washington, DC 20534_

Dear Suicide Watch and Mental Health Inmate Companions,

Of the many valuable inmate programs offered by the
Bureau of Prisons, the Inmate Companion Program is one of which
I am particularly proud.  This program is an example of inmates
helping inmates.  Those of you who participate in this program
are contributing to your community by providing support and hope
to your peers.

At the same time you are assisting others, you are learning new
skills that will support reentry to your communities and
reunification with your families.  These skills include
listening to others, communicating clearly, putting another's
needs before your own, and sticking with a job, even when it is
challenging; these skills will pay dividends for the rest of
your life.

I have great respect and appreciation for the work you do to
prevent suicide and support your peers through their darkest
moments.  Your work, in collaboration with the professional
mental health services provided by the Bureau, truly has the
power to save lives.

Sincerely,

Charles E. Samuels, Jr.
Director

# Certificate of Completion

FCI
Pollock, Louisiana

## Kenneth Casey
REG #04539-043
successfully completed
Initial Suicide Watch Companion
Training
September 29, 2022



_____
A. Swiantek, Psy. D.
Staff Psychologist



ServSafe
National Restaurant Association

# ServSafe®
# CERTIFICATION

## KENNETH CASEY JR

for successfully completing the standards set forth for the ServSafe® Food Protection Manager Certification Examination, which is accredited by the American National Standards Institute (ANSI)–Conference for Food Protection (CFP).

18978608
CERTIFICATE NUMBER

5462
EXAM FORM NUMBER

2/13/2020
DATE OF EXAMINATION

2/13/2025
DATE OF EXPIRATION

Local laws apply. Check with your local regulatory agency for recertification requirements.

ANSI
ACCREDITED PROGRAM
American National Standards Institute
and the Conference for Food Protection
#0655

Sherman Brown
Executive Vice President, National Restaurant Association Solutions

In accordance with Maritime Labour Convention 2006, Resolution ADM N 068-2013 (Regulation 3.2, Standard A3.2).

©2017 National Restaurant Association Educational Foundation (NRAEF). All rights reserved. ServSafe® and the ServSafe logo are trademarks of the NRAEF. National Restaurant Association® and the arc design are trademarks of the National Restaurant Association.
This document cannot be reproduced or altered.
17110811 v.1711

Contact us with questions at 233 S. Wacker Drive, Suite 3600, Chicago, IL. 60606-6383 or ServSafe@restaurant.org.