EXHIBIT C

October 12, 2022

From:   Councilman Kenneth Casey, Sr.
        1014 Mills Avenue
        Gulfport, MS 39501

To:     The Honorable Louis Guirola, Jr.
        Department of Justice
        MS Southern District Court

Re: Character Letter for Kenneth Casey, Jr.

Honorable Louis Guirola, Jr.

My name is Kenneth Casey, Sr. and I am writing to you concerning my son Kenneth Casey, Jr. who was sentenced in your courtroom in August 2015. I would like to take a moment to speak to you about Kenneth Casey Jr. I know him not only as my son but also as loving Father to his children and someone who is respectful to others, kind and dependable. Kenneth is well known throughout the community as someone who is willing to help others in any way he can. He would take time to help the elderly in the community with whatever tasks that were needed such as getting their yard cut, finding someone to fix minor repairs or simply by providing a small financial donation for groceries. He interacted with the youth in the community as a mentor and was willing to help any single mother that was in need. More often at times to those in the community he would be a kind listening ear when they needed someone to talk to with no judgement.

I know he deeply regrets the decisions that has led him to his current situation. My son is a good person at heart who has made some bad decisions in life. I know without a doubt he has learned a valuable lesson from this experience and will make better decisions going forward. I ask if you would consider granting him leniency and reduction in his current sentence. Allowing him to return to society to spend the rest of his days being a productive citizen in society, a husband, father, grandfather, and most of all a son would be a blessing to all that he's connected to. Thank you so much for your time and consideration.

Sincerely,

*Kenneth Casey, Sr.*
Councilman Kenneth Casey, Sr.

# COURT REFERENCE LETTER

Representative Jeffrey Hulum III
P.O. Box 1387, Gulfport, Mississippi, 39502
(228) 383-4989
hulum@house.ms.gov

Date: September 13 2022

Dear Honorable Louis Guirola, Jr.,

My name is Representative Jeffrey Hulum III and proud to offer my recommendation of Kenneth Casey, Jr. to whom I have personally known for 36 years as my friend.

During my relationship with Kenneth Casey, Jr., I have experienced an individual who shows up earlier than asked, works hard, and carries himself in a polite, respectable manner. In addition, Kenneth Casey, Jr. has accepted responsibility for his actions. He is a family-person who has always presented himself with levelheadedness and grace. Since incarceration he has been working on rehabilitation and has been a great help to me in formulating programs and ideas to help with the youth back home in the Gaston Point and surrounding areas in which he grew up in. By mentoring others through his incarceration, it has given him a chance to right his wrongs, but he needs another chance to reach more individuals outside of the prison walls that are in desperate need of his positive guidance. It's with great confidence that I recommend Kenneth Casey, Jr. as someone who, I truly believe, possesses the character and judgment for the betterment of our community.

Please do not hesitate to contact me if you should require any further information.

Sincerely,

*Jeffrey Hulum III*

By Jeffrey Hulum III Date: September 13 2022

## PROGRESSIVE MISSIONARY BAPTIST CHURCH

3113 20TH Street, Gulfport, MS 39501
Telephone: (228) 864-5674 Email:Progressive.mbc@yahoo.com
Rev. KenYatta Braxton, Pastor

August 28, 2022

To Whom This May Concern:

It is with great pleasure that I submit this letter on behalf of Kenneth Casey Jr. I have been acquainted with The Casey Family for many years and this Family has been a asset to the community in which they live and serve!

Mr. Kenneth Casey, Jr. is a Family Man, he has a wonderful support wife Stacy Bullard-Casey and two model citizens by way of his son, Kenneth Casey III and daughter, Khyala Casey who are making extraordinary strides in being successful. Mr. Casey's presence, purpose, participation, and partnership is certainly missed and needed.

In writing this letter, my prayer is that this helps with him being reinstated into society.

Thank you for your consideration and this opportunity!

Humbly Submitted,

*KenYatta "Ken" Braxton*
KenYatta "Ken" D. Braxton, Pastor
Senior Pastor/ Teacher
Progressive Missionary Baptist Church